PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

*[court stamp, partially illegible:]* ... DISTRICT COURT / NORTHERN DIST. OF TX / LUBBOCK DIVISION

IN THE UNITED STATES DISTRICT COURT    2023 JUN 14 PM 4: 23

FOR THE NORTHERN DISTRICT OF TEXAS    DEPUTY CLERK _____

## PETITION FOR A WRIT OF HABEAS CORPUS BY
## A PERSON IN STATE CUSTODY

JOHN GABRIEL KING
_____
PETITIONER
(Full name of Petitioner)

Lynn County Sheriff's Office
810 Lockwood Street
Tahoka Texas 79373
_____
CURRENT PLACE OF CONFINEMENT

vs.

Lynn County Sheriffs office et al
_____

11061
_____
PRISONER ID NUMBER

5-23CV-126-H
_____

_____
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

_____
CASE NUMBER
(Supplied by the District Court Clerk)

_____

### INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3.  Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4.  If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.   Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.   Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.   Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.   Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

### What are you challenging?   (Check all that apply)

  A judgment of conviction or sentence,       (Answer Questions 1-4, 5-12 & 20-25)
  probation or deferred-adjudication probation.

  A parole revocation proceeding.          (Answer Questions 1-4, 13-14 & 20-25)

  A disciplinary proceeding.            (Answer Questions 1-4, 15-19 & 20-25)

  √ Other: _DETENTION_            (Answer Questions 1-4, 10-11 & 20-25)

### All petitioners must answer questions 1-4:

**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.   Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _Lynn County_
      _Sheriff's office address of  910 Lockwood Street_
      _Tahoka, TX 79373_

2.   Date of judgment of conviction: _May 12 2023 Friday transport from archer county sheriffs office_

3.   Length of sentence: _UNKNOWN_

4.   Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _UNKNOWN_

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.  What was your plea? (Check one)    Not Guilty        Guilty        Nolo Contendere

6.  Kind of trial: (Check one)        Jury        Judge Only

7.  Did you testify at trial?    Yes        No

8.  Did you appeal the judgment of conviction?        Yes        No

9.  If you did appeal, in what appellate court did you file your direct appeal? _____

    _____    Cause Number (if known): _____

    What was the result of your direct appeal (affirmed, modified or reversed)?_____

    What was the date of that decision? _____

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised:_____

    _____

    Result: _____

    Date of result: _____    Cause Number (if known): _____

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: _____

    Date of result: _____

10.  Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal?  This includes any state applications for a writ of habeas corpus that you may have filed.    (Yes)        No

11.  If your answer to 10 is "Yes," give the following information:

    Name of court: 106th District Court of Lynn County Texas

    Nature of proceeding: Petition for A writ of HABEAS CORPUS

    Cause number (if known): Sent May 13 2023 from Cell 185
    unknown

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: _May 13, 2023 sent application from cell 185 in lynn county sheriffs office_

Grounds raised: _Texas cod criminal 17.151 Release because of Delay 2023 edition._

Date of final decision: _unknown_

What was the decision? _Suspended or Denied or Dismissed or thrown away_

Name of court that issued the final decision: _106th District court of Lynn County Texas or lynn county sheriffs office_

As to any second petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:
_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.    Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?    Yes    No

   (a)    If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

   _____

   (b)    Give the date and length of the sentence to be served in the future: _____

   _____

Step 2 Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.  **GROUND ONE:** United States Constitution Amendment IV Protection from unreasonable search and seizure.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On February 4th 2023 Archer City Texas, false imprisonment of John Gabriel Rios #10660 Acher County Sheriff's office. Transported on May 12th 2023 Tahoka Texas, false imprisonment of John Gabriel Rios #11061 Lynn County Sheriff's office, knowing the 100th District court did not order the search and seizure.

B.  **GROUND TWO:** United States Constitution Amendment VIII Excessive bail

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Bail made December 11th 2022 total of $8000 through Lone Star bail Bonds for John Gabriel Rios #11061 at Lynn County Sheriff's office. Excessive bail made February 5th 2023 Archer City Texas at Archer County Sheriff's office address of 100 law enforcement way Archer City, Tx 76351, increased to $110,000.

\* GROUND FIVE : United States Constitution Amendment XI
Judicial Powers Construed.
February 4th 2023 Archer City Texas  Archer County Sheriff's
Office Performed the unlawful arrest with Lynn County
Sheriff's Office giving authorization for John Gabriel
Rios to be taken into custody knowing the Lynn County
Sheriff's Office enforced A law without effective
consent September 3rd 2023 (Joshua Rocha)

\* GROUND SIX : United States Constitution Amendment IX
unenumerated rights.
Defendants know John Gabriel Rios is a
American citizen born naturally and here
is proof  social security number 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.

\* GROUND SEVEN: United States Constitution Amendment XIII
SLAVERY ABOLISHED (December 6, 1865)
September 3rd 2022, February 4th 2023, May 12th 2023  custody
of John Gabriel Rios are all involuntary and thats why
they are using hand restraints and or leg restraints and
mechanical security device(s) for the capture and involuntary
Servitude of John Gabriel Rios social security number 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.
No Conviction has been issued for the involvement of the listed
Dates.

* GROUND EIGHT : United States Constitution Amendment XIV
Citizenship rights not to be abridged. (July 28, 1868)
Lynn County Sheriff's Office and Archer County Sheriff's Office
are enforcing A false imprisonment made by Joshua Rocha
September 3rd 2022 on John Gabriel Rios social security number
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. NO warrant described John Gabriel Rios as near
as possible September 3rd 2022. NO Indictment was presented
in the 106th District court for John Gabriel Rios for the
September 3rd 2022 false imprisonment on september 3rd 2022.
Lynn County Sheriff's office and Archer County Sheriff's Office
did agree to not use the state court to perform the false
imprisonment of September 3rd 2022 on september 3rd 2022.

* GROUND NINE: United States Constitution Amendment I
Freedom of speech and press.
LYNN. County Sheriff's Office and Archer County Sheriff's
office did punish John Gabriel Rios for exercising the
right to speak upon matters involving staff demanding
answers on Date 04-01-2023 Tank 155 Archer
County Jail incident Report form.

* GROUND TEN : United States Constitution Amendment I
Right to assemble and to petition.
March 6th 2023 Cause No. 2023-0020A-CV 97th District Court.
April 3rd 2023 Cause No. 2023-0026A-CV & Cause No. 2023-0030A-CV
97th District court, April 19th 2023 Cause No. 2023-0042A-CV 97th District court,
April 28th 2023 Cause No. 2023-0047A-CV, Are being denied.

\* GROUND ELEVEN: United States Constitution Amendment X
Rights reserved to states.

John Gabriel Rios social security number 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
is providing evidence of his torture and of the
Lynn county sheriff's office and Archer county sheriff's
office actions with 97th District court of Texas.

\* GROUND TWELVE: United States Constitution Amendment II
RIGHT TO KEEP AND BEAR ARMS.

The freedom of John Gabriel Rios social security number
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 is based upon if our militia is going
to protect the United States constitution from
foreign and domestic terrorisim that John Gabriel
Rios is having to endure by Lynn county sheriff's
office and Archer county sheriff's office.

\* GROUND THIRTEEN: Texas code of criminal procedure 22.13
cause which will exonerate.

106th District court and 97th District court did not present
information or indictment on september 3rd 2022, February
4th 2023, May 12th 2023, May 22nd 2023, bond was
taken December 11th 2022 without a valid cause number
to allow lawful process. 270 days have expired
from september 3rd 2022 - May 22nd 2023.

C.    **GROUND THREE:** United States Constitution Amendment IV
Provisions concerning Prosecution and due Process of law.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

February 4th 2023 Archer County Sheriff's office and May 12th 2023 Lynn County's Sheriff's Office held John Gabriel Rios (10660 Archer) (11061 Lynn) without A Indictment issued by 97th District court Archer county and 106th District court Lynn county, May 22nd 2023 106th District court in Lynn county did not present John Gabriel Rios A Indictment At court but failed to release John Gabriel Rios on May 22nd 2023.

D.    **GROUND FOUR:** United States Constitution amendment V
Compensation of Private Property taken for Public use.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

John Gabriel Rios being held February 4th 2023 by Archer county Sheriff's office until transfer to Lynn county Sheriff's office May 12th 2023 for A Lynn County Sheriff's Office False imprisonment made September 3rd 2022 At 400 FM Tahoka Texas. Lone Star Bail Bonds Payment(s) have been Paid for my release December 11th 2022 unto around the false imprisonment of February 4th 2023 Archer City Texas. by Archer county Sheriff's office.

21.    Relief sought in this petition: _____

* Ground 1: evidence obtained is in violation of the 4th Amendment and be excluded from use in State and federal Courts.

* Ground 2: to be reimbursed the debt held against John Gabriel Rios to John Gabriel Rios.

* Ground 3: account the correct time held in violation of the United States Constitution as to estoppel the defendants from denying the damages.

21. Relief sought in this petition:

* Ground 4: Just compensation for time as a chattel under false imprisonment valued by the defendants value multiplied by minutes equals compensation damages. Lone Star Bail Bonds to reimburse all payments made on behalf of John Gabriel Rios to John Gabriel Rios. All monies spent in the process of the false imprisonment by the defendants to be equal payment to the Plaintiff. All property of the defendants to be valued and to be paid to John Gabriel Rios and if unable to pay allow the "Freeze" to secure compliance to the forfeiture to John Gabriel Rios to include all employees personal and Private Property, court cost and Attorney fees paid.

* Ground 5: drop all interest of John Gabriel Rios in connection of trying for a conviction in the 97th and 106th District Court of Texas.

* Ground 6: Restoration of Rights to John Gabriel Rios at once (Instanter).

* Ground 7: Enforce the release of John Gabriel Rios to the Denise of 1409 Culpepper Wilson Texas.

* Ground 8: Enforce the Rights Guaranteed to the American people, to remove from office the Defendants found in violation.

* Ground 9: To reorganize the two sheriffs office to comply with defined definitions of offenses.

21. Relief Sought in this petition:

* Ground 10: Enforce the cause number in the 97th District court to come to the final disposition with court cost, Attorney fees, Damages paid.

* Ground 11: To allow John Gabriel Rios to be witness to the defendants acts in all future proceeding both federal and state.

* Ground 12: John Gabriel Rios social security number 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, need the Power of the united states militia for all Enforcement purposes having them equiped with tatical and lethal weapons to ensure compliance in transportation of John Gabriel Rios and law books and legal papers/folders, Army, Navy, Airforce "only No state of Texas Government.

* Ground 13: Exonerate John Gabriel Rios of any blame so questioned in connection to Lynn county sheriff's office, Archer county sheriff's office and pay all cost of court, pay all John Gabriel Rios demands, and interest in Bonds to John Gabriel Rios with the help of the federal Government so help me.

# Reply to Inmate Grievance

Inmate: <u>John Rios</u>
Location: 188
Kiosk: Cell 188
Subject: lynn county sheriffs office employees
Assigned To: All
Classification: Not Assigned
Complaint Against:None
Date Added: Sep 20, 2022 - 12:38 pm CDT

Entry ID: 544834
Inmate ID: 11061
Inmate State ID:

Grievance:

on 09/03/2022 at approximatly one, forty a.m. one of your employeesdid perform a taking from FM 400 tahoka texas. now being held without a warrant and claims of interest against me without a judges order for the taking and held detention at lynn county sheriffs office. i have not agreed to this detention or taking in claims of interest by joshua rocha badge number 468135. i am tellig you to drop all interest in the claims, release me at once, ad submit to all damages, i do want your responce and a print out of it as well. JOHN GABRIEL RIOS#11061 its twelve twenty three p.m. on 09/20/2022.

Status:

Resolved Unsubstantiated

Attachments:                    **Attachment Name**

Notes for Inmate:              Your request has been forwarded to Sheriff Mason

Preset Responses
No preset responses found.

## Item History

| Date | Modified By | Assigned To | Status |
|------|-------------|-------------|--------|
|      |             |             |        |
|      |             |             |        |



WARNING OF RIGHTS - SP

# Magistrate's Warning

## State of Texas
## County of Archer

Magistrate's # _____

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class _____

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _____

_____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _____

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _____

Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☐ YES  or  ☐ NO

☑ (3) Are you hearing impaired?   ☐ YES  or  ☐ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State.  You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

**(5a) Do you want to request appointment of an attorney?** ☐ YES   or   ☐ NO

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.

  (Felony Only)

☑ (10) Are you a citizen of the United States?

  ☐ Yes ☐ No

☐ If NO: Do you request that we notify your Country's Consulate? ☐ Yes ☐ No

☑ Your Bail is set at $ _____

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning: Archer County Jail
  100 Law Enforcement Way
  Archer City, TX 76351

TIME: _____ M.

DATE: _____ 20 _____

REMARKS:

---

Person Warned (Printed Full Name)

_____

Magistrate (Printed name)

_____

Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

**SIGNATURES:**

_____
Accused (Magistrate if Accused refuses to sign)

_____
Witness

_____
Magistrate

**TIME STAMP:**

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # _____ _5̲1̲ _

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class ___3̲___

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _R̲i̲o̲s̲_

_J̲o̲h̲n̲ ̲G̲a̲b̲r̲i̲e̲l̲_ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _P̲o̲s̲s̲ ̲C̲S̲ ̲P̲G̲ ̲1̲/̲1̲-̲B̲>̲1̲G̲<̲4̲G̲_

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _A̲r̲c̲h̲e̲r̲_

Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language?  ☑ YES  or  ☐ NO

☑ (3) Are you hearing impaired?  ☐ YES  or  ☑ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ **(5a) Do you want to request appointment of an attorney?** ☐ YES  or  ☐ NO  _N̲o̲ ̲R̲e̲s̲p̲_

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.
(Felony Only)

☐ (10) Are you a citizen of the United States?

☐ Yes ☐ No  _N̲o̲ ̲R̲e̲s̲p̲o̲n̲s̲e̲_

☐ If NO: Do you request that we notify your Country's Consulate?  ☐ Yes ☐ No

☑ Your Bail is set at $ _2̲5̲,̲0̲0̲0̲_

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: _____ _1̲0̲ ̲3̲9̲_ A.M.

DATE: _____ _F̲e̲b̲r̲u̲a̲r̲y̲ ̲5̲_ 20 _2̲3̲_

REMARKS:

_J̲o̲h̲n̲ ̲G̲a̲b̲r̲i̲e̲l̲ ̲R̲i̲o̲s̲_
Person Warned (Printed Full Name)

_R̲ ̲S̲e̲e̲ ̲A̲d̲d̲s̲_
Magistrate (Printed name)

_A̲C̲ ̲S̲P̲ ̲1̲_
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

## SIGNATURES:

_____
Accused (Magistrate if Accused refuses to sign)

_____
Witness

_____
Magistrate

TIME STAMP:

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # _____ _Jrl_

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class _2_ _____

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _Rios_

_John Gabriel_ _____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _Proh Sub C o/r Facil-Alcohol/Drug/Phone/Tobacco_

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _Archer_

Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO

☑ (3) Are you hearing impaired?    ☐ YES or ☑ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ (5a) **Do you want to request appointment of an attorney?** ☐ YES   or   ☐ NO _No Response_

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.

(Felony Only)

☑ (10) Are you a citizen of the United States?

☐ Yes ☐ No   _No Response_

☐ If NO: Do you request that we notify your Country's Consulate?  ☐ Yes ☐ No

☑ Your Bail is set at $ _25,000_

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: _____ _10:39_ A.M.

DATE: _February 5_ 20 _23_

REMARKS:

Person Warned (Printed Full Name) _John Gabriel Rios_

Magistrate (Printed name) _R Doc Held_

Magistrate Title _____

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

**SIGNATURES:**

Accused (Magistrate if Accused refuses to sign) _R Doc Cr_

Witness _____

Magistrate _R Doc_

TIME STAMP:

WARNING OF RIGHTS - SP

# Magistrate's Warning

| | |
|---|---|
| Magistrate's # | _SP1_ |
| Misdemeanor - Class | |
| State Jail Felony | |
| Felony - Class | |

# State of Texas
# County of Archer

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _RIOS_

_John Gabriel_ _____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _Proh Sub Corr Facil- Alcohol/Drug/Phone/Tobacco_

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _Affidavit_

Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO

☑ (3) Are you hearing impaired? ☐ YES or ☐ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ (5a) **Do you want to request appointment of an attorney?** ☐ YES or ☐ NO _No Request_

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.

(Felony Only)

☑ (10) Are you a citizen of the United States?

☐ Yes ☐ No _No Request_

☐ If NO: Do you request that we notify your Country's Consulate? ☐ Yes ☐ No

☑ Your Bail is set at $ _25,000_

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: _10:40_ ____ A.M.

DATE: _February 5_ 20 _23_

REMARKS:

_John Gabriel Rios_
Person Warned (Printed Full Name)

_R Lee Aulds_
Magistrate (Printed name)

_JC SP1_
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

**SIGNATURES:**

_____
Accused (Magistrate if Accused refuses to sign)

_____
Witness

_____
Magistrate

**TIME STAMP:**

WARNING OF RIGHTS - SP

# Magistrate's Warning

## State of Texas
## County of Archer

Magistrate's # _____ SP1 _____

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class ___ 3 ___

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _RIOS_

_John Gabriel_ _____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _POSS CS PG N1-B7=1G < 4G_

    An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _Maiden_

    Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☑ YES  or  ☐ NO

☑ (3) Are you hearing impaired?  ☐ YES  or  ☑ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State.  You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

    ☑ **(5a) Do you want to request appointment of an attorney?** ☐ YES  or  ☐ NO _No response_

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.

    (Felony Only)

☐ (10) Are you a citizen of the United States?

    ☐ Yes ☐ No  _No response_

☐ If NO:  Do you request that we notify your Country's Consulate?  ☐ Yes ☐ No

☑ Your Bail is set at $ _25,000_

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning:  Archer County Jail
    100 Law Enforcement Way
    Archer City, TX 76351

TIME: _____ 10:51 A _M.

DATE: _February 5_ 20 _23_

REMARKS:

---

_John Gabriel Rios_
Person Warned (Printed Full Name)

_R Joe Auld_
Magistrate (Printed name)

_AC SP1_
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

### SIGNATURES:

_____
Accused (Magistrate if Accused refuses to sign)

_____
Witness

_____
Magistrate

TIME STAMP:

## APPROVED BONDSMAN AS OF   8/2/22

A TO Z BAIL BONDS               940-322-8366 (Can post up to 3,300,000)

A-AA BAIL BONDS                 940-322-4484 (up to 2,200,000)

ARCHER COUNTY BAIL              940-322-6454 (up to 3,300,000)

BAD BOY BAIL BONDS              940-659-3733 (up to 14,000,000)

BUDDY'S BAIL BONDS              940-696-2844 (up to 6,100,000)

CENTRAL II BAIL BONDS           940-322-4484 (up to 2,200,000)

TEXOMA BAIL BONDS               940-592-2663 (up to 3,700,000)

UR BONDSMAN                     940-767-1200 (up to 755,000)

UNCUFFED BAIL BONDS             940-767-1201 (up to 297,000)


ATTY JEFF EAVES                 940-322-2002 (up to 450,000)


IF ANY ATTORNEY OR BOND COMPANY WANTS TO POST A
BOND AND THEY ARE NOT APPROVED, DON'T TAKE IT. THEY
WILL HAVE TO CONTACT ME OR THE SHERIFF MONDAY
THROUGH FRIDAY 8-4:30.

       -CHERYL

INMATE NAME _Rios_

INMATE NUMBER _10660_

# ARCHER COUNTY SHERIFF'S OFFICE

# INMATE HANDBOOK

## JACK CURD
## SHERIFF

SOME BASIC DOs AND DON'Ts

DO promptly obey all orders given to you by authorized personnel.

DO NOT balk, argue, or refuse to obey.

DO remember that the job of a jailer is to maintain order and the safety and security of all inmates.

DO NOT invite punishment by creating disorder.

DO stay in your area of assignment.

DO NOT interfere with others during their work or leisure.

DO respect the property of others.

DO NOT steal, destroy, damage, or possess anything that belongs to anyone else.

DO keep your hands off other people and your rude or nasty remarks to yourself.

DO NOT physically abuse, bully, curse, tease, or threaten other people.

DO keep your body, clothes, living, and work areas clean.

DO NOT aid in creating unsanitary conditions.

DO live within your means as far as money goes for cokes or other items you may want to purchase.

DO NOT beg, borrow, trade, barter, or gamble.  DO NOT offer any type of bribe to any fellow prisoner or to any staff member for any reason.

DO NOT manufacture, use or possess any type of intoxicants.

DO mind your own business.

DO NOT be a party to an offense by covering up for someone else or by helping them violate the rules or the law.

DO NOT cause or become a party to any group demonstration or riot.

DO NOT attempt or plan any type of escape.  DO NOT do anything that would disrupt the security of the jail.

DO NOT attempt to or set a fire or do anything that could destroy property and cause injury to you or to others.

DO ask for help or ask questions if you need assistance.

DO NOT be a pest or act like a helpless child.

DO live by the rules given in this handbook.

DO NOT get the idea that rules don't apply to you.

DO NOT destroy any of the property of the Archer County Sheriff's Office.
To do so WILL result in charges being filed against you.

DO NOT participate in any sexual acts; make any proposals for any sexual act or threats of any type.  DO NOT expose your anus or any part of your genitals with the intent to arouse or gratify the sexual desire of any person.

DO NOT commit any act that violates the Texas Penal Code.  TO DO SO WILL RESULT IN CHARGES BEING FILED AGAINST YOU.

**INMATE NUMBER:** You have been assigned an inmate number (which is also referred to as an "S.O. number"). It is important that you remember this number, and it must be shown on all mail sent to you or from you.

**PERSONAL PROPERTY:** All clothing, jewelry, personal property, etc. that you wore when you were booked into jail has been tagged and stored, and will be returned to you when you are released from jail. If you are sent directly from jail to the Department of Criminal Justice or to a federal prison, you will be allowed to (1) have a member of your family pick up your personal property at the jail within 30 days; (ANY UNCLAIMED PERSONAL PROPERTY WILL BE DONATED TO CHARITY. ANY PERSONAL PROPERTY NOT SUITABLE FOR CHARITY WILL BE DISPOSED OF.) or (2), you may donate your personal property that you have to a charity. The only personal property that you are allowed to have in your cell is your socks, underwear (white only), tee shirts (white only), and that which you buy from the inmate commissary. A VIOLATION OF THIS RULE WILL RESULT IN DISCIPLINARY ACTION AGAINST YOU.

**MONEY:** Money that you had with you at the time you were booked has been deposited into the Archer County Inmates trust account. This is tracked through the computer system and your balance is indicated on the commissary sheets that are passed out weekly. During your stay in jail, you will be allowed to buy commissary items, and the amount you spend will be deducted from your balance. When you are released from jail, the balance of your money will be returned to you in the form of a check. If you are sent directly to the Texas Department of Criminal Justice or to a federal prison, the balance of money in your property will be sent with you to the facility.

You will be allowed to release money to members of your family, your attorney, or bondsman. However, approval for you to do so must be obtained from the Jail Administrator.

You are not allowed to have money on your person or in your cell while you are in jail. A VIOLATION OF THIS RULE WILL RESULT IN DISCIPLINARY ACTION AGAINST YOU.

**COMMISSARY:** Various items of food and refreshment, writing paper, envelopes, stamps, etc. are available for purchase in the commissary.
1.      If an item you ordered is not in stock, a similar substituted item may be included when your commissary is delivered.

Commissary orders are placed on the facility tablets. You must place your order by Monday Night at Midnight. Commissary is delivered by Thursday at 5pm. Failure to comply with the rules and regulations as established by the Archer County Sheriff's Department may result in disciplinary hearing and possible loss of privileges such as commissary, telephone, commissary, and/or visitation.

**VISITATION:** You will be allowed to have visitors listed on your Visitation Card on the days that are set aside by the Sheriff or Jail Administrator. Family members under the age of 17 must be accompanied by a parent, legal guardian, or legal counsel. The Visitation List is limited to 5 names. The Visitation Card may be changed once every 30 days, but may not be changed on visitation day.

6

Visiting days are as follows:

### Visitation Schedule

| | | |
|---|---|---|
| Wednesdays | Female Visitation: | 1pm to 3pm |
| | Male Visitation: | 3pm to 5pm |
| Saturdays | Female Visitation: | 1pm to 3pm |
| | Male Visitation: | 3pm to 5pm |

### Visitation Rules

Your visit may be denied or interrupted for a violation of any of the following rules.

1) All adult visitors will be required to provide Government issued photo I.D. prior to the visit.
2) We ask that all visitors respect the privacy and persons of any other visitors. Please refrain from being loud, rude, or using profanity or vulgar language.
3) We ask that all visitors be appropriately dressed. No revealing or inappropriate clothing will be allowed.
4) No indecent behavior will be tolerated.
5) Visitors are prohibited from taking purses, containers, or phones into the visitation room.
6) Any money visitors wish to give must be mailed as a money order to the inmate at PO Box 517 Archer City, Texas 76351 or online at citytelecoin.com.
7) All conversations may be recorded.
8) It is the responsibility of the parent, guardian, or adult bringing minor children to visit to see that the children are appropriately supervised and are not allowed to disrupt other visits or other business conducted in the lobby of the Sheriff's Office.

It is the goal of the Archer County Sheriff's Office that inmate visitation nurture an inmate's family, community, or spiritual values. If a visitor's actions are determined to be detrimental to these goals their visit may be denied or interrupted.

**Respectfully,**
**Sheriff Jack Curd**

All visitors must present proper identification such as driver's license or an identification card. They will act and behave in an orderly manner, and be completely and properly dressed. No packages, mail, food, magazines, or other items may be brought to you by visitors unless given to the jailer on duty or the Jail Administrator for an inspection, and they will give them to you as they deem necessary.

No prior inmate of this facility will be allowed to visit you until 90 days after their release.

Attorneys and Clergy wishing to visit their client or parishioners are asked to schedule such visits for 8:00am to 5:00pm, Monday through Friday. If for a good reason, such visits cannot be scheduled as requested, alternate arrangements may be made.

A visitor may be denied to any person if the visitor or inmate fails to comply with the visitation rules, or when there is reason to believe the visit may not be in the best interest of the security and welfare of the jail.

Vulgar language and gestures you may direct toward anyone during visitation periods is a violation of the rules, and will result in a disciplinary action against you.

TELEPHONE CALLS: You will be allowed to make two (2) phone calls during your first four (4) hours after arrival at the jail. After that, phone calls are considered a privilege. A telephone is located in the dayroom for your use. All calls are collect. Phone cards may be purchased.

CORRESPONDENCE: You may write to anyone as often as you wish, provided your letters do not in any way violate the U.S. Post Office regulations and you have sufficient supplies and postage. You may also receive correspondence in any quantity, amount, and number of pages. If you are indigent, you will be provided the means to write three (3) personal letters a week if you request it. If requested, indigent inmates shall also be furnished paper, pencils, envelopes, and stamps to correspond with their attorney and the courts. Inmate to inmate correspondence may be prohibited where legitimate facility interest exists. This shall be done on a case-by-case basis.

To send letters, you must do the following:

1. Show your full name, inmate number, and address of the jail in the upper left hand corner of the envelope.
2. Show the name and complete address of the person you are writing.
3. Make certain the envelope is properly stamped.
4. Give the envelope unsealed to the jailer, or after being examined by the jailer, it may be sealed.

NOTE: THE ONLY ENVELOPES YOU MAY SEAL ARE THOSE ADDRESSED TO A FEDERAL, STATE, OR COUNTY OFFICIAL INCLUDING THE PRESIDENT OF THE UNITED STATES, THE GOVERNOR, OR THE COMMISSION ON JAIL STANDARDS, YOUR ATTORNEY, OR BONA FIDE NEWS MEDIA.

ANY OUTGOING LETTER WHICH DOES NOT CONFORM TO THESE RULES WILL BE RETURNED TO YOU!

Outgoing privileged correspondence shall not be opened or interfered with unless a search warrant is obtained. Incoming privileged correspondence shall be opened in the presence of the inmate with inspection limited to locating contraband. If there is probable cause to believe that the privileged correspondence is part of an attempt to formulate, devise, or otherwise effectuate a

plan to escape from jail, or to violate state or federal laws, a search warrant shall be obtained prior to opening and reading that correspondence.

Please advise the people who may write to you to do the following:
1.    Show their name and address on the envelope (any letter without a return address will be returned to the Post Office).
2.    Show your full name and your inmate number.
3.    Address the letter to the jail.

EXAMPLE:    John Doe #9999
             c/o Archer County Jail
             P.O. Box 517
             Archer City, Texas 76351

Sending or receiving any mail except by the methods stated above is a violation of the rules. Any mail received after you are released or transferred will be returned to the sender. A violation of these rules will result in disciplinary action against you.

**KEEPING YOUR CELL CLEAN:** You are required to keep your cell clean, and to respect the rights and property of other inmates. You will be required to clean your living quarters twice each day. Do not stick anything on the walls of your cell. Any damage or defacement of the facility will result in disciplinary action and possible criminal charges being filed.

USE OF INTERCOM:   Use of the intercom located in your cell is for EMERGENCY use ONLY. If you have a request, or question contact the jailer on duty directly when they make their rounds. Do NOT use the intercom to request medication, ask about visitation times, or any other non-emergency needs. **Requests made using the emergency intercom will all be denied!** Improper use of the emergency button is a violation of facility rules.

RACK UP TIME FOR ALL INMATES IS:

Monday through Thursday..............................10:00 P.M.
Friday and Saturday.......................................11:00 P.M.
Sunday..........................................................10:00 P.M.

Lights and television will be turned off at rack time.

STORAGE CONTAINER:  You have been issued a clear plastic storage container. All commissary, personal hygiene products, and other personal property are to be stored inside this container and this container only. If the volume of personal property exceeds the storage capacity of this container then the property will be removed from your cell and placed in your personal property locker along with your clothing and other items.

**CLOTHING:** The regulation clothing that has been issued to you is your prescribed dress while in jail. You are required to keep your clothes clean. Do not tear, mark, or alter them in any way. Do not tear, mark, or alter issued blanket, sheet, towel, or mattress in any way. **A violation of this rule will result in disciplinary action against you and may result in your account being debited for the damages. See item replace list on last page for dollar amounts.**

9

Whenever you come out of your cellblock, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ you.

Jail uniform, bed linens, and towels will be furnished to you. ▓▓▓▓▓▓▓▓▓▓▓any of them in any way. A violation of this rule will result in disciplinary action against you. Dirty clothing and linen will be picked up and laundered on a regular basis.

In the event you are scheduled for court appearance that requires you to be dressed in street clothes, such as a jury trial, you will be permitted to use the clothing that you wore when you were booked in, or a member of your family may bring one set of clothing to the jail for you to wear in court, if your other clothing is inappropriate. All such clothing will be returned to your personal property bag following your court appearance or may be picked up by the person who brought it.

FOOD: You are expected to accept the amount of food that you can eat and not use the food for anything other than common ingestion. Stealing food will result in disciplinary action against you.
You may keep food that you have purchased from the commissary in your cell, as long as it is eaten, stored, and used in a sanitary manner. Food may not be kept off the food trays. Any uneaten food will be returned on trays at the end of each mealtime. Food may not be mailed to you or be brought to you by family, friends, or other visitors. DO NOT STORE UNWRAPPED FOOD IN YOUR CELL. Soft drink containers shall be returned to the Jail Officer who issued the container to the inmate after consumption and empty.
▓▓▓▓▓▓▓▓▓▓ Archer County Jail is a tobacco free facility by order of the Archer County Commissioners Court. It is a rule infraction to possess and/or use any tobacco product, including cigarettes, cigars, chewing tobacco or dip. Possession of any tobacco product is a violation and will result in disciplinary action and criminal prosecution against you.

▓▓▓▓▓▓▓▓▓▓▓ You are expected to keep your body, clothing, bedding, and cell clean at all times. Take a shower a minimum of every other day. These rules are required for the health and safety of all inmates. **In order to get a replacement of any hygiene items issued to you (i.e. toothbrush) the container, package, or used item will have to be turned in to a staff member. A roll of toilet paper will be given to each inmate on Friday morning of each week. It is your responsibility to make this roll of toilet paper last until the following Friday. Toilet paper is not to be used for anything other than its intended purpose.**

MEDICAL SERVICES: Inmates cannot be denied medical services because of their inability to pay. Medical, eye, and dental services are available to you while you are in jail. If you have a problem that needs attention, discuss your problem with the jailer on duty or with the Jail Administrator. Fill out a request form for medical attention. Arrangements will be made to ~~correct any legitimate medical needs. In case of emergency, call the jailer on duty for assistance~~ immediately. DO NOT fake or pretend to be ill or make a false report for any type of medical services. A violation of this rule will result in disciplinary action against you.

Article 104.002(d) of the Code of Criminal Procedure addresses the responsibility for payment of county jail inmates' medical care. This article states:

A person who is or was a prisoner in a county jail and received medical, dental, or health related services from a county or a hospital district <u>shall be required to pay for such services when they are rendered.</u> If such prisoner is an eligible county resident as defined in Section 61.002 Health and Safety Code, the county or hospital district providing the services has a right of subrogation to the prisoner's right of recovery from any source, limited to the cost of services provided. A prisoner, unless the prisoner fully pays for the cost of services received, shall remain obligated to reimburse the county or hospital district for any medical, dental, or health services provided, and the county or hospital district may apply for reimbursement in the manner provided by Chapter 61, Health and Safety Code. A county or hospital district shall have authority to recover the amount expended in a civil action.

Stockpiling of pills and medications, or exchange of pills and medications by inmates is strictly forbidden. Any violation of this rule will result in disciplinary action against you. If you need medication, ask the jailer on duty. When the jailer brings your medication to you, have your cup of water ready. All medication will be taken in the presence of the jailer on duty.

<u>WORK ASSIGNMENTS:</u> A number and variety of jobs within the jail are performed by inmates. Inmate workers earn 1-day credit for each day served. Inmate workers are expected to perform their assigned jobs to the best of their ability. If you are interested in volunteering for a work assignment, contact the Jail Administrator. Failure to complete a work assignment or work stoppage is a violation of jail rules and will result in disciplinary action against you.

<u>ACTIVITIES AND PROGRAMS:</u> A number of activities and programs are available to you in jail, as long as you maintain the proper conduct and attitude. The following is a list of activities in which you may engage:

1.  <u>Education:</u> An adult basic education program will be offered to the inmates serving a sentence of six (6) months or more, in the event you do not have a high school diploma or GED.

2.  <u>Religious:</u> A minister will be available for your personal or religious counseling. This will be a minister of your religious preference if possible.

3.  <u>Library:</u> Reading material is available in the jail library for your use. You may request to borrow books from the facility library. Library time will be conducted on recreation days. You will be allowed to have three (3) books at one time. After one book is returned you may request to return to the library and borrow another book. Mutilation or destruction of any book or magazine may result in disciplinary action against you. The reading material in the facility library is the property of the Archer County Sheriff's Office.

4.  <u>Exercise:</u>
    1.  You will be permitted one (1) hour of supervised physical exercise or physical recreation three (3) days per week. That will be conducted in the recreation room of the jail.
    2.  Jailers will keep a record of who goes and who refuses to go exercise.

11

2. Jailers will keep a record of who goes and who refuses to go exercise.
3. Trustees are <u>not</u> to go into the recreation room with the other inmates.

A violation of any exercise rule may result in disciplinary action against you.

<u>WEAPONS, NARCOTICS, CONTRABAND:</u>    Any type of weapon, including but not limited to guns, knives, clubs, explosive weapons, and any homemade device that could cause physical injury is prohibited by jail rules and also by the Texas Penal Code. Any violation of this rule may result in disciplinary actions and charges being filed against you.

Anyone possessing any alcoholic beverage, controlled substance, or dangerous drug inside the correctional facility is in violation of jail rules and also Texas Penal Code. Any violation of this rule will result in disciplinary action and charges being filed against you.

<u>CONTRABAND:</u>    Contraband is any illegal or prohibited goods or merchandise. Furthermore contraband is any item altered for use other than for what it was intended. Inmates in the County Jail are prohibited from possessing any type of contraband. A violation will result in disciplinary action and charges being filed against you if applicable.

<u>TATTOOING:</u>    It is against jail regulations to make an indelible mark or figure on the body by insertion of pigment or ink under the skin or by production of scars using any instrument. Possession of such types of instruments either homemade or otherwise is prohibited. Any violation of this rule will result in disciplinary action against you.

<u>INMATE GRIEVANCES:</u>    If you have a grievance, you can discuss it with any staff member. If the staff member is unable to resolve the grievance or complaint, you may then request an <u>Inmate Grievance</u> form from the jailer on duty or submit an electronic grievance through the facility tablets. The following are grounds for initiation of a grievance.
1. Violation of civil rights;
2. Criminal act
3. Unjust denial or restriction of inmate privileges
4. Prohibited act by facility staff

This form is to be filled out by you on the tablet. If the grievance is written, it must be delivered in a sealed envelope to the Jail Administrator, who is the grievance officer. In the absence of the Jail Administrator, the grievance will be forwarded to the Chief Deputy or another neutral person. You will receive a written response within 15 days.

If you disagree with the grievance officer's resolution, you may appeal to the Sheriff within 5 days in writing. The Sheriff's decision is final.

<u>DISCIPLINARY PLAN:</u>    The disciplinary plan governs inmate conduct. It provides for the firm, fair, and consistent application of rules and regulations. For purposes of inmate discipline, violations of institutional rules and regulations shall be divided into Minor Infractions and Major Infractions.

Minor violations of the Archer County Jail rules and regulations will be limited to the following disciplinary actions:
1.      Counseling
2.      Verbal or written reprimand
3.      Loss of privileges for a period not to exceed fifteen (15) days
4.      Disciplinary separation for a period not to exceed fifteen (15) days

Major violations of the Archer County Jail rules and regulations may include the following disciplinary actions:
1.      Loss of good conduct credit
2.      Removal from work details or programs
3.      Loss of privileges for a period not to exceed thirty (30) days
4.      Disciplinary separation for a period not to exceed thirty (30) days
5.      Restitution for damages to jail property

The following sanctions are prohibited:
1.      Deviation from normal feeding procedures
2.      Corporal punishment
3.      Administration of any form of disciplinary action or supervision by inmates
4.      Deprivation of clothing or bedding; **inmates who destroy bedding or clothing may be deprived of such items.** This shall be reviewed and documented every twenty-four hours.
5.      Deprivation of items necessary to maintain an acceptable level of personal hygiene
6.      Deprivation of correspondence privileges when the offense is unrelated to a violation of the institutional rules and regulations regarding correspondence. In no case shall privileged correspondence be suspended.
7.      Deprivation of physical recreation or physical exercise.

~~DISCIPLINARY PROCEDURES. Disciplinary rules and regulations will apply equally to all inmates.~~
The following is a list of disciplinary measures that may be taken against you for misconduct or violation of jail rules:

## Rule infractions designated as minor violations:

| | | |
|-----|-----------------------------------------|----------|
| A01 | Stealing | Moderate |
| A02 | Misuse of medications | Moderate |
| A03 | Possession of others' property | Low |
| A04 | Loaning anything of value for profit | Low |
| A05 | Possession of unauthorized clothing | Moderate |
| A06 | Feigning an illness | Moderate |
| A07 | Being in an unauthorized area | Moderate |
| A08 | Failure to follow safety/sanitary regs | Moderate |
| A09 | Not following safety instructions | Moderate |
| A10 | Making or using intoxicants | Moderate |
| A11 | Possession of chewing gum, etc. | Moderate |
| A12 | Abusive language | Moderate |
| A13 | Gambling | Low |
| A14 | Being unsanitary | Low |
| A15 | Tattooing | Moderate |
| A16 | Unauthorized visitor communication | Low |
| A17 | Non-emergency use of emergency button | Moderate |

A18    Improper sending/receiving mail                    Low

## Rule infractions designated as major violations:

| | | |
|---|---|---|
| B01 | Killing, assault | Highest |
| B02 | Threatening another | High |
| B03 | Extortion | High |
| B04 | Sexual acts, proposals, or threats | Highest |
| B05 | Indecent exposure | High |
| B06 | Attempting/planning escape | Highest |
| B07 | Wearing a disguise | High |
| B08 | Setting a fire | Highest |
| B09 | Damaging County property | High |
| B10 | Tampering with security devices | High |
| B11 | Possession of a weapon | Highest |
| B12 | Possession of narcotics | Highest |
| B13 | Possession of contraband i.e. tobacco | High |
| B14 | Mutilation of issued clothing | High |
| B15 | Rioting | Highest |
| B16 | Group Demonstration | High |
| B17 | Work stoppage | High |
| B18 | Refusing to obey an order | High |
| B19 | Insolence to an officer; abusive language | High |
| B20 | Lying, false statements | High |
| B21 | Conduct disrupting security | High |
| B22 | Counterfeiting any document | High |
| B23 | Interfering with count | High |
| B24 | Offering a bribe to a staff member | Highest |
| B25 | Giving or accepting anything of value | High |
| B26 | Attempting to commit any major violation | High |
| B27 | Receiving/Passing Unauthorized Communications | High |
| B28 | Any violation of State or Federal Law | Highest |

If you have committed or are charged with violating one or more of the prohibited acts, disciplinary measures may be taken against you. An incident report will be filed and violations will be brought before the Jail Administrator who is designated as the Disciplinary Officer. An inmate causing damage to jail property may have the actual cost incurred deducted from his or her commissary account following a due process hearing establishing the inmate's guilt.

Provisions shall be made for a disciplinary hearing before a neutral and impartial officer which shall not include anyone involved in the claimed violation or charges.

Any inmate referred to the Disciplinary Officer of Review will be informed in writing twenty-four hours in advance of the review. This advance written notice will contain the specific alleged violations, and the evidence regarding the violations. Inmates charged with minor violations may waive their right to a disciplinary hearing provided 24 hour notification is given prior to the signing of the waiver. Any inmate who waives appearance before the Disciplinary Officer also waives any right of appeal. The waiver shall include the appropriate identification of charges, the

14

maximum sanctions allowed, and the sanctions offered by the waiver. A waiver shall not include the loss of good time or restitution as a sanction.

Inmates who go before the Disciplinary Officer will have the right to hear all evidence against them, although confidential informants may be protected. Inmates will have the right to present evidence and relevant witnesses on their behalf as long as the presentation of these items do not pose a hazard to the safety of the institution. You will also have the opportunity to be heard in person and to present documentary defensive evidence. Should the inmate be illiterate or assistance is required due to case complexity, the inmate may be assisted by another inmate or staff member.

At the conclusion of the Disciplinary Hearing, the inmate will be verbally informed by the Officer of his findings and of subsequent disciplinary action. Within three days of the Disciplinary decision, the inmate will be provided a written copy of the Disciplinary Officer's findings which shall include the evidence relied upon and reasons for the disciplinary action taken. The statement shall be delivered to the Sheriff and shall be placed in the inmate's disciplinary file.

At the conclusion of the hearing, the inmate will be informed that he has the right to appeal the findings of the Disciplinary Officer to the Sheriff and that if he wishes to appeal the decision, the inmate must do so within five days and in writing. The sheriff's decision is final.

Replacement Cost for Damaged or Destroyed Items:

| | |
|---|---|
| Uniform Shirt - | $9.00 |
| Uniform Pants - | $11.00 |
| Slides – | $4.00 |
| Towel - | $2.00 |
| Sheet - | $4.00 |
| Blanket - | $12.00 |
| Mattress - | $55.00 |
| Spork - | $1.00 |
| Cup - | $3.00 |
| Television Remote Control- | $25.00 |

REMOTE CONTROL AND TELEVISION USE: Each tank is equipped with a television and a remote control for that television. The use of the remote control and access to the television is a privilege and that privilege can be suspended at any time by any member of the staff. Any damage to the television or remote control will result in disciplinary measures taken, including but not limited to: replacement costs being charged to your commissary account, and/or criminal charges being filed.

The use of the television and remote control may be suspended for any infractions of the above stated rules, for arguing over the remote control, or for failure to maintain a clean and sanitary tank.

SEXUAL CONTACT/SEXUAL ABUSE/REPORTING: Inmate on inmate sexual assault or contact and staff on inmate sexual assault or contact are crimes and will be treated as such. Any reported abuse or activity of this type will be fully investigated, and any discovered perpetrators will be charged and prosecuted accordingly. If you are the victim or a witness to one of these

types of crimes report them to the jailer on duty, jail administrator, or other staff members as soon as possible.

## Weekly Schedule

**Monday:** Personal whites collected from each tank and washed. Recreation and Library are offered and conducted. Uniforms are exchanged.

**Tuesday:** Recreation offered and conducted. Cleaning supplies passed to all tanks for cleaning and later collected.

**Wednesday:** Razors will be passed and later collected. Visitation conducted. Linens are exchanged.

**Thursday:** Recreation and Library time will be offered and conducted. Personal whites collected from each tank and washed.

**Friday:** Toilet paper and hygiene passed.

**Saturday:** Razors will be passed and later collected. Nail clippers passed and later collected. Visitation conducted. Cleaning supplies passed to all tanks for cleaning and later collected.

**Sunday:** Last Sunday Hair Cuts and Beard trimmings.

cause which will exonerate

22. 13 (a) I) Not Valid + Binding

4) Arrest before Court orders

5) 180 - 270 days held without court
mA  Felony

b) Nisis against (a)(5) remains obligated
to pay court cost.

17.151 Release because of Delay

The Texas Commission on Jail Standards will investigate any complaint regarding a violation of minimum jail standards. If you have a complaint about a county jail, you may write to the Texas Commission on Jail Standards. Once your complaint is received, it will be reviewed to determine if the complaint falls within the purview of the Texas Commission on Jail Standards. Non-jurisdictional complaints will not be reviewed. If the complaint is determined to be within the purview of the Texas Commission on Jail Standards, it will be reviewed in the order it was received (emergency complaints will be given priority). If your complaint has not been resolved within 45 days of receipt by the Texas Commission on Jail Standards, you will be provided an interim response. If you disagree with the findings of the investigation you may appeal, in writing, to the the Texas Commission on Jail Standards. All appeals must be received within 30 days after the complaint is closed.

Mail complaints to:     Complaint Inspector
                        Texas Commission on Jail Standards
                        P.O. Box 12985
                        Austin, TX 78711

Please be aware that The Texas Commission on Jail Standards cannot investigate certain claims, these include:

- Violation of Civil Rights as defined by state or federal statute
- Criminal acts committed by staff or others
- Unjust denial or restriction of privileges prior to a disciplinary hearing (visitation, phone access, commissary, etc.)
- Acts by staff prohibited by departmental policy
- Staff conduct (rudeness or unprofessionalism, etc....)
- Concerns related to your arrest, your attorney, the judge, or your case
- PREA (Prison Rape Elimination Act) Complaints
- Allegations of excessive force

If you have a complaint or concern that is listed above, you are required to use the local grievance process. The Texas Commission on Jail Standards will only review to ensure grievance procedures have been followed and will only override the decision of the Grievance Board or appeal decision if it is determined minimum jail standards have been violated. Alleged criminal acts will be referred to the appropriate law enforcement entity for investigation.

806  147  9855  Lone Star
          or
806  474  9855

806  8063499
806  778 0514
806 5767595 rios

Reggie Wilson

940 - 766 - 1916

813  8th St  #920
Wichita Falls , TX  76301

28 USC.
2254 Rule (2)

Civil Rights Complaint
common write

---

Travis P. Yandell

807  8th St   Suite 800

Wichita Falls, TX  76301
travis @ mylawoffice.Net

# 940 244 3131

Referred
BY BRIAN NEWMAN

2022 - CV - 0370 - H
2022 - CV - 0058 - H

18 USC 1201 Kidnapping
18 USC 1961 Racketeering
18 USC 1203 Hostage taking
18 USC 1202 Ransom

United States District Court
Northern District of Texas
office of the clerk
1205 Texas Ave. Room 249

**Picking Slip**

791909

791909

| | | |
|---|---|---|
| Sequence No: **5** | Unit: | **Archer Co** |
| Order Id: **12198** | Building: | **(None)** |
| Date: **2/7/2023 12:01:46 AM** | Pod: | **153** |
| Resident Id: **10660** | Section: | |
| Name: **Rios, John Gabriel** | Bay: | |
| DOB: **10/29/1991** | Bed: | **N/A** |

Picked By                    Delivered By                    Received By

| Qty | Scan Code | Slot | Description | Price | Ext. Price |
|---|---|---|---|---|---|
| 2 | 3766 | * | Phone Card, $20 Face Value | $22.50 | $45.00 |
| 2 | 4102 | J | Irish Spring Bar Soap | $2.30 | $4.60 |
| 1 | 4211 | J | Speed Stick, Fresh Scent | $6.25 | $6.25 |
| 1 | 4400 | J | Colgate Regular Toothpaste | $3.25 | $3.25 |
| 1 | 3200 | M | #10 Envelopes (50ct) | $3.10 | $3.10 |
| 1 | 3000 | N | Writing Pad (8.5x11, 50pg) | $2.00 | $2.00 |
| 2 | 3050 | N | Flex Pen | $0.50 | $1.00 |
| 2 | 3210 | N | Large Brown Envelope (9x12) | $0.50 | $1.00 |
| 2 | 3400 | S | Stamp Booklet (10ct) | $5.80 | $11.60 |
| **14** | | | | Subtotal | $77.80 |
| | | | | Tax | $0.00 |
| **POS Balance** | **$260.04** | | | **Total** | **$77.80** |

*balance after sale*

Lubbock Tex
Nov 11, 2021 — March 30 2022

Lone Star Bail Bonds

Lynn county
Tahoka Tex

Sept        2022 — December        2022

Lone Stares Bail Bonds
Archer city Tex
February 4, 2023 —

Bank of America
806 283 9350

810 Lock woods,
Tahoka, Tx 79373

913 E 37th
Lubbock Tx 74404

14A Culpepper
Wilson Tx 79381

205 Texas Ave Room 209
Lubbock Tx 79401

Texas criminal code
Chapter 11.01 Habeas Corpus

**Picking Slip**

798169



798169

| | | |
|---|---|---|
| Sequence No: | **7** | |
| Order Id: | **12346** | |
| Date: | **2/14/2023 12:01:36 AM** | |
| Resident Id: | **10660** | |
| Name: | **Rios, John Gabriel** | |
| DOB: | **10/29/1991** | |

| | |
|---|---|
| Unit: | **Archer Co** |
| Building: | **(None)** |
| Pod: | **153** |
| Section: | |
| Bay: | |
| Bed: | **N/A** |

Picked By                    Delivered By                    Received By

| Qty | Scan Code | Slot | Description | Price | Ext. Price |
|---|---|---|---|---|---|
| 10 | 8012 | A | Picante Chicken Ramen Noodles | $0.85 | $8.50 |
| 2 | 8040 | A | Pork Ramen Noodles | $0.85 | $1.70 |
| 1 | 6500 | B | Sugar Canister (22oz) | $7.50 | $7.50 |
| 1 | 6720 | B | Ranch Dressing Cup | $2.50 | $2.50 |
| 1 | 7200 | C | Duplex Crème Cookies | $1.95 | $1.95 |
| 1 | 7204 | C | Banana Crème Cookies | $1.95 | $1.95 |
| 1 | 6420 | E | Boston's Best Instant Coffee (4oz) | $4.20 | $4.20 |
| 10 | 7522 | F | AirHeads Bar - Random Flavor | $0.45 | $4.50 |
| 2 | 7900 | G | BBQ Pork Rinds | $1.30 | $2.60 |
| 2 | 7901 | G | Hot Pork Rinds | $1.30 | $2.60 |
| 1 | 4150 | J | Soap Dish | $1.35 | $1.35 |
| 1 | 4802 | K | Foam Earplugs | $0.50 | $0.50 |
| 1 | 5400 | K | Petroleum Jelly | $2.80 | $2.80 |
| 1 | 7009 | L | Chilorio Shredded Pork | $4.20 | $4.20 |
| 2 | 2201 | M | Tumbler w/Lid (22oz) | $0.85 | $1.70 |
| 1 | 6740 | M | Peanut Butter Jar (18oz) | $7.55 | $7.55 |
| 1 | 3035 | N | Colored Pencils (12pk) | $5.00 | $5.00 |
| 1 | 3051 | N | BIC Pen, Black | $1.00 | $1.00 |
| 1 | 4841 | S | Emery Board | $0.15 | $0.15 |

| | | | | |
|---|---|---|---|---|
| **41** | | | Subtotal | $62.25 |
| **POS Balance** | **$197.79** | | Tax | $0.00 |
| *balance after sale* | | | **Total** | **$62.25** |

Make deposits online at CommissaryDeposit.com (for participating facilities)

$250 000
1 50        me / mom / car

$ 100 000    house
−$  10 000    plumbing
_____
  $ 90 000
 −$ · 5 000    conrcrent
_____
  $ 85 000
 −$ 25 000    Appliances / shower / toilets / sinks / washer / stove / DIsh
                                                            dryer / fridge / washer
  $ 60 000
 −$ 10 000    wires + conection + plugs
_____
  $ 50 000
 −$ 10 000    solar Pannels
_____
  $ 40 000
 −$ 10 000    Bricks
_____
  $ 30000
 −$ 10000    land
_____
  $ 20 000
 −$  5 000    tools
_____
  $ 15000

2 Story with
Basement / ~~Garage~~
with
3 car gaurage

Tike Branch ?
David Dunlap ?

(MTV music 286)
epic resume

464 TBNews

62 Nati.
63 FOOD
(64 VH-1)
65 FX
66 Golf
68 Hall
69 SYFY
(70 cspan 2)
72 truth

42 Travel
43 KKTN
(44 Bravo)
45 E!
(46 History)
47 Comedy
48 univ

4 Kauz        18 Pax          30 Para
5 Kauz        19 TBS ·         31 Lifetime      ~~50 BET~~     74 TBN
8 KSW         21 Disney       32 The            51 Gala        79 oxygen
9 KJTL        (22 Cartoon)     33 free           52 CMT        76 Lifetime
                23 Nick         34 TNT            53 Rally       78 own
10 CFNT       24 HLN/ID       (36 MTV)    (~~35~~)54 Anim    86 Longhorn
                                37 A&E             55 FOX        84 motor
12 KFDX       25 ESPN        38 ESPN           56 MSN        ~~93 IFC~~
13 kERA       (26 Discovery)   39 TLC            57 HGTV       ~~105 F~~
(16 NEWS)     (27 CNN)         40 CNBC          60 TV land    101 USA
17 Radar      28 AmC          (41 cspan1)       61 Won        102 A&E
                29 USA

On February 15th 2023 at 10:17am contraband search on tank 153 our main objective was to search for weapons possibly made by Rios,John #10660 an inmate had send a kite stating that Rios planned to shank jailers if they came into the tank.Rios was very disrespectful to all officers during the search while Chief Perron of Archer City Police was patting down the male inmate he was laughing not listening to orders to stand against the wall for Chief Perron.The male inmate continued to talk back while being in the hall directed at Sheriff Curd. The male inmate Rios,John was placed in Seg for his behavior issues.Rios has violated B19 insolence to an office. An incident report has been filed and violations will be brought to the Jail Administrator who is designated as the Disciplinary Officer.

Melonie Andrews 907

I'm about to burn some calories eating my dick
*Piano* music*

I'm about to put my ~~penis~~ between your lips
*Piano* music*

I'm about to push my dick between your hips
*Piano* music*

And your gonna love it

*Piano* music*

* Piano* music *
* Pause *

Repeat song

# DISCIPLINARY FORM

INMATE NAME: Rios, John Gabriel                    S.O. #: 10660

HOUSING UNIT: SEP- 148                    BOOKIN NUMBER: 50012338222

You are herewith notified that a written offense report, dated on the 15th day of February 2023 alleges that you have violated the following jail rule (s): B\9 Insolence to An Officer

You shall be given a fair, neutral, and impartial hearing. You have the right to call witnesses on your behalf at the time of the hearing. If you are unable to read or comprehend the charges, you may be represented by another inmate or by a staff member, if approved by the Sheriff, and if such person is willing to assume the responsibility. A determination of innocence or guilt shall be made by the Disciplinary Hearing Officer or by a Disciplinary Hearing Board. If you are found guilty, the penalty for the violation (s) may include any or all of the following:

**MINOR INFRACTION:**
1. Counseling.
2. Verbal or Written Reprimand
3. Loss of privileges for a period not to exceed 15 days.
4. Disciplinary separation for a period not to exceed 15 days.

✓ **MAJOR INFRACTION:**
1. Loss of good conduct credit
2. Loss of privileges for a period not to exceed 30 days.
3. Removal from work details or programs; and
4. Disciplinary separation for a period not to exceed 30 days.
You are advised that you may appeal the decision of the Disciplinary Hearing. You must give written notice of appeal within three (3) days after the decision of the Hearing to the Jail Administrator.

Dated at Archer County Jail this 21st day of February, 2023.
Jack Curd, Sheriff Archer County

Jail Administrator: O.L. Ul                    Correctional Officer: Cupth Lucia

## SANCTIONS OFFERED FOR WAIVER

1. Loss of visitation 30 days. Effective 2-15-23 until 3-17-23.

2. Loss of commissary 30 days. Effective 2-15-23 until 3-17-23.

3. Loss of television _____ days. Effective _____ until _____.

4. Loss of telephone _____ days. Effective _____ until _____.

5. Disciplinary separation 30 days. Effective 2-15-23 until 3-17-23.

Disciplinary Officer: D.Ul                    Date: 2-21-2023

I, Rios John Gabriel wish to waive my rights to a disciplinary hearing and accept the sanctions imposed by the disciplinary officer.

Inmate Signature: Refused to sign    Date: 2-21-2023

**Picking Slip**

804437



804437

| | |
|---|---|
| Sequence No: **3** | Unit: **Archer Co** |
| Order Id: **12449** | Building: **(None)** |
| Date: **2/21/2023 12:01:56 AM** | Pod: **148** |
| Resident Id: **10660** | Section: |
| Name: **Rios, John Gabriel** | Bay: |
| DOB: **10/29/1991** | Bed: **N/A** |

| Picked By | | | Delivered By | Received By | |
|---|---|---|---|---|---|
| **Qty** | **Scan Code** | **Slot** | **Description** | **Price** | **Ext. Price** |
| 3 | 3766 | * | Phone Card, $20 Face Value | $22.50 | $67.50 |
| 20 | 8012 | A | Picante Chicken Ramen Noodles | $0.85 | $17.00 |
| 2 | 6420 | E | Boston's Best Instant Coffee (4oz) | $4.20 | $8.40 |
| 1 | 5410 | K | Baby Oil | $2.65 | $2.65 |
| 5 | 6740 | M | Peanut Butter Jar (18oz) | $7.55 | $37.75 |
| 1 | 3020 | N | Art Pad (8.5x11, 50pg) | $2.80 | $2.80 |
| 1 | 3030 | N | Shorty Pencil | $0.25 | $0.25 |
| 1 | 1044 | Q | Thermal Bottom (XL) | $8.70 | $8.70 |
| 1 | 3150 | S | Photo Album | $5.25 | $5.25 |
| 3 | 3400 | S | Stamp Booklet (10ct) | $5.80 | $17.40 |

| | | | | | |
|---|---|---|---|---|---|
| **38** | | | | Subtotal | $167.70 |
| **POS Balance** | **$20.09** | | | Tax | $0.00 |
| *balance after sale* | | | | **Total** | **$167.70** |

Make deposits online at CommissaryDeposit.com (for participating facilities)

**COPY**

2023-0020A-CV

IN THE 97th DISTRICT COURT
IN THE DISTRICT COURT
OF ARCHER COUNTY IN
ARCHER CITY TEXAS

FILED FOR RECORD
AT 1:00 O'CLOCK P M
FEB 23 2023
LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

Lawry Rutless, I have enclosed my
Habeas corpus with the order setting
hearing Both.
    Both cover pages need cause numbers
stamped for the Habeas corpus
                    +
            order setting hearing

Thank you I will call to get the
case numbers this week.

        John Gabriel Rios

        February 20, 2023

# County of Archer



NORTH CENTRAL TEXAS ~ CREATED 1858 ~ ORGANIZED 1880

### LORI RUTLEDGE
**ARCHER COUNTY DISTRICT CLERK**
**P.O. BOX 815**
**ARCHER CITY, TX 76351**
**(940)574-4615 ~ (940)574-2432 fax**

JOHN GABRIEL RIOS
C/O ARCHER COUNTY JAIL
P.O. BOX 517
ARCHER CITY, TX  76351

February 23, 2023

IN RE:  APPLICATION FOR WRIT OF HABEAS CORPUS
CAUSE NO.  2023-0020A-CV
STATE OF TEXAS
VS
JOHN GABRIEL RIOS

Mr. Rios,

I received your Application for Writ of Habeas Corpus in the above referenced cause number.  To set the hearing date, you will need to contact Amanda Cunningham, Court Administrator at (940) 894-2066 or P.O. Box 167, Montague, TX 76251.

If you should have any questions or if I can be of further assistance to you, please let me know.

Sincerely,

Lori Rutledge
Archer County District Clerk

**COPY**

IN THE 97th DISTRICT COURT
IN THE DISTRICT COURT
OF ARCHER COUNTY IN
ARCHER CITY TEXAS

FILED FOR RECORD
AT 1:02 O'CLOCK P M
FEB 2 3 2023    LR
LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

THE STATE OF TEXAS
Vs.                    CAUSE NO. 2023-0020A-CV
THE STATE OF TEXAS

PETITION FOR A WRIT OF HABEAS CORPUS.

TEXAS code criminal Procedure 11.01.,
Texas code criminal Procedure 22.13 cause which will exonerate.,
18 U.S.C. § 1962
18 U.S.C. § 1201
18 U.S.C. § 1202
18 U.S.C. § 2384

1.) JOHN GABRIEL RIOS #10660 arrest Date/Time
February 4, 2023 at 2:59 P.M., Location Of Detention
is: Archer County Jail 100 Law Enforcement Way,
Archer City Texas 76351.
Arresting officers information has not been available
to John Gabriel Rios #10660 while being detained. With
respect to this issue of information all Archer County
sheriff's office employee's will answer for the arrest.
2.) JOHN GABRIEL RIOS #11061, #10660, is ILLEGALLY
[ Page 1 of 14 ]



RESTRAINED by Process of Arrest On September 3rd 2022 at 1:40 A.M. Location F.M. 400 Tahoka Texas. Badge number 468135 Joshua Rocha was the officer in arrest for Lynn County for, Ressiting arrest Bond set $1000 for Bail, Interfering with Public Duty Bond set $2000 for Bail, Poss CS PG1<1G Bond set $5000 for Bail, with Lonestar Bail Bonds Providing agreement for release of John Gabriel Rios #11061 On December 11, 2022. Lonestar work number (806) 747 9855. Official Indictment is to be presented to John Gabriel Rios on March 20, 2023 for the Poss CS PG1<1G. Warrant/cause # 23-3695 Lynn county Arrest Made September 3, 2022 at 1:40 A.M. Location F.M. 400 Tahoka Texas by Joshua Rocha #468135. No lawful Warrant was issued for that arrest. RESTRAINED by Process of Arrest On February 4th 2023 at 2:59 P.M. Location Archer city by Archer county Sheriff's office employee's. John Gabriel Rios #10660 having No Indictment Presented for Poss CS PG1<1G #23-3695 Lynn county and without court orders for the arrest. with Archer county Sheriff's office increasing Bail On the already Bonded charge through Lonestar Bail Bonds from $5000 to now $10000 without court orders. ILLEGALLY RESTRAINED by Process of Arrest [ Page 2 Of 14 ]

On February 5th 2023  10:39 A.M. Archer County Sheriff's office did agree that there was no Pending charges against John Gabriel Rios in Archer County. The "Magistrate's warning" "number one" stating the offense and marking the offense "has not" been filed with this court. Therefore Archer County Sheriff's office has no lawful reason for A arrest or Detention. As for claims of A warrant by LYNN County #23-3695, their has been over 10 days Detained in Archer county Sheriff's office and no transport has been sent. With the LYNN county #23-3695 warrant/cause number having to do with the arrest made September 3rd 2022 at 1:40 A.M. by officer Rocha, Joshua #468135 and held unto December 11, 2022 and no cause numbers filed until 2023 makes that arrest Illegal and unreasonable with LYNN county sheriff's office already arresting and Detaining John Gabriel Rios #1106 without A warrant.

THEREFORE,

Texas code criminal procedure 22.13(a)(1),(4), Provides relief to A situation that holds the principal that is not valid and not Binding by official court orders, with the time of filing after arrest may be made and has been in this instant matter.

[Page 3 of 14]

for warrant/cause #23-3695 Lynn county arrest
of september 3, 2023 1:40 A.M. F.M. 400 Tahoka Texas
and official Filing January 11, 2023. Now having
court scheduled to present on March 20, 2023
and the first court appearance to A Indictment.
Whereas,
A valid warrant cannot be sustained when
in fact it has not been presented.
Therefore,
All Archer county sheriff's office claims of A
valid arrest can be classified as A Illegal
restraint having the arrest foundation of the
warrant/cause #23-3695 Lynn county. Any and
all filed and unfiled claims using the Illegal
restraint can be classified as the same Illegal
restraint.
WHEREFORE,
18 U.S.C. § 1962 is defined in this matter by my knowledge
of 18 U.S.C. § 659, while knowing no Indictment may
be presented until court orders. Lynn county sheriff's
office assisting agency Archer county sheriff's office
used warrant/cause #23-3695 as the way bill
for the malfeasance. On February 4, 2023 at 2:59 P.M.
18 U.S.C. § 1203, while knowing A arrest to be invalid
by no court orders Archer county sheriff's office did
continue to have held John Gabriel Rios on February 4, 2023
at 2:59 P.M.

[Page 4 of 14]

18 U.S.C. § 2340A, Archer County sheriff's office continued Racketeering activity and Detained John Gabriel Rios with hand restraints, active Mental and Physical Pain. for the unreasonable Search and Seizure performed. on February 4, 2023 in Archer city Texas.

WHEREFORE,

18 U.S.C. § 1201, Archer County sheriff's office did take John Gabriel Rios into custody and continue to do so at Archer County sheriff's office. on February 4, 2023 with 2 unknown arresting and transporting officers and all Archer county Sheriff's office employee's.

WHEREFORE,

18 U.S.C. § 1202, on February 5, 2023 at Archer county sheriff's office, did increase bond and bail amount on #23-3695 Lynn county Poss cs PG1 <1G from $5000 to $10000 and additional claims that are unfiled with the courts but bail set to $100,000. Now total Value for John Gabriel Rios # 10660 is the reward of $110,000. for Archer county Sheriff's office.

THEREFORE,

18 U.S.C. § 2384, is the definition for all that will continue the Federal crimes in the above referenced matters under United States codes title 18 crimes and criminal procedures. That continued February 5, 2023 at 10:39 A.M. in Archer county Sheriff's office.

[ Page 5 of 14 ]

3.) "ILLEGALLY RESTRAINED", is all I can say.

4.) "Magistrate's Warning" provides forced value's of John Gabriel Rios as well as place of confinement, with acknowledgment of no jurisdiction for arrest in Archer county for Lynn county, as well as no prior filing for the arrest made by Archer county sheriff's office against John Gabriel Rios #10660.

"Jail card", "Booking sheet", "Arrest report", are unavailable to John Gabriel Rios at this time by facility staff refusing to print copys.

"Task No 12161" Date 2/5/2023 1:22:22 P.M. provides money obtained by the arrest of Archer county sheriff's office in the amount $337.84.

"Lonestar Bail Bond" Phone # 806 747 9855 can provide time of arrest and date, for the Lynn county arrest with bond agreements for John Gabriel Rios #11061. RAM Manufacturing pay rate can be obtained.

5.) "Relief by prayer." I John Gabriel Rios pray's that, Texas code criminal 22.13. exonerates all claims filed and unfiled against John Gabriel Rios #11061 and #10660 from Lynn county sheriff's office and Archer county sheriff's office. After Dismissal(s) all personal injury, punitive, time away from work, court cost, DAMAGES, attorney fees if any, paid in full times three.

(Page 6 OF 14)

Instanter to hold the time credits, value, work weeks missed, Damages, cost of fees of attorney if any and court cost if any, as is of my relief listed below; as well as fines and years; Exonerations of all pending claims filed and unfiled by Lynn county sheriff's office and Archer county sheriff's office;

Total value of John Gabriel Rios #10660 in Archer county sheriff's office and personal injury for the days in detention credited to show this amount X3. $110,000 X number of days credited= Personal injury X3, Punitive Damages for money lost from not being at work Monday-Friday 7:30 A.M. - 6 P.M. with A 1 hour lunch Break, with the rate of pay $16 dollars A hour, $337.84 money spent on the account for John Gabriel Rios #10660, Request of X3;

Any and all court cost paid X3;

All Attorneys fees if any paid X3;

All personal property taken by Archer county sheriff's office returned to John Gabriel Rios and upon release A ride home to 1409 culpepper wilson Tx 79381, with all fees owed to Lonestar Bail Bonds having to do with Lynn county for my release December 11, 2023 paid in full X3.

Relief for 18 U.S.C. §1962, Fine equal to all Damages in the above request with court cost Attorney fee's if any paid X3, all claims of interest against

[ Page 7 of 14 ]

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # _JP1_

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class _3_

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _RIOS_

_John Gabriel_ _____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _POSS CS PG 1/1-B? = 1G < 4G_

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _ARCHER_

Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO

☑ (3) Are you hearing impaired?    ☐ YES or ☑ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ (5a) Do you want to request appointment of an attorney? ☐ YES or ☐ NO _No Response_

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.

(Felony Only)

☐ (10) Are you a citizen of the United States?

☐ Yes ☐ No  _No Response_

☐ If NO: Do you request that we notify your Country's Consulate? ☐ Yes ☐ No

☑ Your Bail is set at $ _25,000_

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: _10:39 A_ M.

DATE: _February 5_ 20 _23_

REMARKS:

Person Warned (Printed Full Name) _John Gabriel Rios_

Magistrate (Printed name) _R. Boz Aulds_

Magistrate Title _AC JP1_

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:

Accused (Magistrate if Accused refuses to sign)

Witness

Magistrate

TIME STAMP:

WARNING OF RIGHTS - SP

# Magistrate's Warning

## State of Texas
## County of Archer

Magistrate's # _JP1_
Misdemeanor - Class _____
State Jail Felony_____
Felony - Class _3_____

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _Rios_

_John Gabriel_____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _Proh sub c orr Facit Alcohol/ Drug / Phone / Tobacc_
An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _Archer_
Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO
☐ (3) Are you hearing impaired?     ☐ YES   or   ☑ NO
☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.
☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.
☑ (5a) Do you want to request appointment of an attorney? ☐ YES   or   ☐ NO _No Respouce_
☑ (6) You have the right to remain silent.
☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.
☑ (8) You have the right to stop any interview or questioning at any time.
☑ (9) You have the right to have an examining trial.
    (Felony Only)
☑ (10) Are you a citizen of the United States?
    ☐ Yes ☐ No  _No Respouse_
☐ If NO: Do you request that we notify your
    Country's Consulate?   ☐ Yes ☐ No
☑ Your Bail is set at $ _25,000_
☐ Bail Not Determined
☐ Bail is Denied
* Delete what is not applicable.

Place of Warning: Archer County Jail
                  100 Law Enforcement Way
                  Archer City, TX 76351

TIME: _10:39_ A.M.

DATE: _February 5_ 20 _23_

REMARKS:

_John Gabriel Rios_
Person Warned (Printed Full Name)
_R Joe Aulds_
Magistrate (Printed name)
_AC JP1_
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:
_R Joe Au_
Accused (Magistrate if Accused refuses to sign)
_Jamie J Map_
Witness
_R Joe Au_
Magistrate

TIME STAMP:
23 FEB 5 10:25 236

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # __SP1__

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class __3__

Before me, the undersigned magistrate of the State of Texas on this day personally appeared __Rios__

__John Gabriel_____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of __Poss CS PG 1/1-B ≥ 1G < 4G__

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. __Archer__

Warrant/Cause # _____

☐ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO

☑ (3) Are you hearing impaired? ☐ YES or ☑ NO

☐ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☐ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☐ (5a) Do you want to request appointment of an attorney? ☐ YES or ☐ NO __No Response__

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☐ (8) You have the right to stop any interview or questioning at any time.

☐ (9) You have the right to have an examining trial.

(Felony Only)

☐ (10) Are you a citizen of the United States?

☐ Yes ☐ No __No Response__

☐ If NO: Do you request that we notify your Country's Consulate? ☐ Yes ☐ No

☐ Your Bail is set at $ __25,000__

☐ Bail Not Determined

☐ Bail is Denied

\* Delete what is not applicable.

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: __10:39__ __AM__

DATE: __February 5__ 20 __23__

REMARKS:

__John Gabriel Rios__
Person Warned (Printed Full Name)

__R Joe Aulds__
Magistrate (Printed name)

__AC SP1__
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:

_____
Accused (Magistrate if Accused refuses to sign)

_____
Witness

_____
Magistrate

TIME STAMP:

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # _JP1_

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class _3_____

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _Rios_

_John Gabriel_ _____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _Proh Sub coll Facil - Alcohol/Drug/Phone/Tobacco_

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _ARCHER_

Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO

☐ (3) Are you hearing impaired? ☐ YES or ☑ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ **(5a) Do you want to request appointment of an attorney?** ☐ YES or ☐ NO _No Response_

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.
(Felony Only)

☑ (10) Are you a citizen of the United States?
☐ Yes ☐ No _No Response_

☐ IF NO: Do you request that we notify your Country's Consulate? ☐ Yes ☐ No

☑ Your Bail is set at $ _25,000_

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: _10:30_ A.M.

DATE: _February 5_ 20 _23_

REMARKS:

_John GABRIEL RIOS_
Person Warned (Printed Full Name)

_R JOE Aulds_
Magistrate (Printed name)

_AC JP1_
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:

Accused (Magistrate if Accused refuses to sign)

Witness

Magistrate

TIME STAMP:

John Gabriel Rios #11061 and #10660 Dissolved;
Relief for 18 U.S.C. § 1201, Fine equal to all
Damages in the above request with court cost
Attorney fees if any Paid X3 and 25 years X3;
Relief for 18 U.S.C. § 1202, Fine equal to all
Damages in the above request with court cost
Attorney fees if any Paid X3 and 1 year X3;
Relief for 18 U.S.C. § 2384, Fine equal to all
Damages in the above request with court cost
Attorney fees if any Paid X3 and 5 years X3;
I do pray that my relief(s) may be granted,
Instanter without delay as to protect the
community from these further crimes. I was
told by the sheriff I am not allowed to go
to court as it is, I do expect this process to be fast.

I John Gabriel Rios do believe through what has been
provided along with agencys information to obtain
second statements of facts to be true, I
do believe. with A "order setting hearing attacked."

Name: John Gabriel Rios #*Archer 10660 and*Lynn 11061
Date: February 19, 2023
Sign:

[page 8 of 14]



JOHN GABRIEL RIOS #16660
C/O Archer County Jail
P.O. BOX 517
Archer City, TX 76351

**INMATE MAIL**

Personal
&
Confidential

Legal Mail

LARRY PUTLESS.
Archer County District Court Clerk
P.O. BOX 815
Archer City, TX 76351



COPY

FILED FOR RECORD
AT 1:04 O'CLOCK

FEB 23 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

IN THE 97th DISTRICT COURT
IN THE DISTRICT COURT
OF ARCHER COUNTY IN
ARCHER CITY TEXAS

THE STATE OF TEXAS
VS.                    CAUSE NO. 2023-0020A-CV
THE STATE OF TEXAS

ORDER SETTING HEARING
For the attached.
PETITION FOR A WRIT OF HABEAS CORPUS.

WHEREAS, premise considers the attached motion
sent to provide the Instanter requisite. I
John Gabriel Rios order court hearing as
of the ready And Mavant this court to
Summon John Gabriel Rios #10660 from
Archer County Sheriff's office, Instanter.
Transportation is required.
WHEREAS, premise hearing the ORDER SETTING
HEARING in this Instant matter shall Grant
this order to protect the community of
Archer county.

Name: John Gabriel Rios # Archer 10660 and # Lynn 11061
Date: February 19, 2023
Sign: _____

[page 1 of 1]

171092

1710962

NO. 2023-0020A-CV

THE STAT OF TEXAS                                    IN THE 97TH DISTRICT COURT

VS.                                                                         OF

JOHN GABRIEL RIOS                                   ARCHER COUNTY, TEXAS

<u>NOTICE OF HABEAS CORPUS HEARING</u>

DATE OF HEARING: **MARCH 6,2023 AT 9:00 A.M.**

      The status hearing is set in this case at the above noted date and time in the District Courtroom of the 97th Judicial District Court for this county.

      All counsel and/or pro se parties are ordered to be present at the date and time set above.

      Signed February 27, 2023.

Jack A. McGaughey, Judge Presiding

COPIES SENT TO:

Casey Hall, District Attorney
Via Email

John Gabriel Rios
Archer County Jail
PO Box 517
Archer City, TX 76351

Lone Star Bail Bonding # 806 747 9855   LSK, TX 79404

Lone Star Bear # 702 East 34th
                      LSK, TX 79404
                 # 806 747 0556

✓

Lone Star Bail Bonds# 806 747 9855

~~who~~ ~~and~~ ~~what~~

# 9,504,000,000  per day sel.
×             at #116,000
   30 days
#28 5,120,000,000

# 158,400,000  per day min
   30 day      at #110000
#4,752,000,000

Tex.cod.crim.
11.01  What WRIT IS: include law

1.) info of who WRIT is for and when, where, against
    who + when needed or happened.

2.) claim to relief with information of law.

3.) only (Illegally confined)
         (Illegally restrained)

4.) Prayer/Relief
    use Tex. cod.crim. 11.15 granted without Delay, at the
    end for speed.

5.) acknowledge it is true or correct to your belief.

Name:
Date:
Sign:

## Picking Slip

811046



811046

| | | |
|---|---|---|
| Sequence No: **3** | Unit: | **Archer Co** |
| Order Id: **12553** | Building: | **(None)** |
| Date: **2/28/2023 12:01:49 AM** | Pod: | **148** |
| Resident Id: **10660** | Section: | |
| Name: **Rios, John Gabriel** | Bay: | |
| DOB: **10/29/1991** | Bed: | **N/A** |

Picked By _____     Delivered By _____     Received By _____

| Qty | Scan Code | Slot | Description | Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | 3000 | N | Writing Pad (8.5x11, 50pg) | $2.00 | $2.00 |
| 1 | 3030 | N | Shorty Pencil | $0.25 | $0.25 |
| 2 | 3040 | N | Eraser Cap | $0.15 | $0.30 |
| 1 | 3051 | N | BIC Pen, Black | $1.00 | $1.00 |
| **5** | | | | Subtotal | $3.55 |
| **POS Balance** | | **$0.54** | | Tax | $0.00 |
| *balance after sale* | | | | **Total** | **$3.55** |

**COPY**

2023-0026A-CV

IN THE 97th DISTRICT COURT
IN THE DISTRICT COURT
OF ARCHER COUNTY IN
ARCHER CITY TEXAS

FILED FOR RECORD
AT 8:40 O'CLOCK A.M
MAR 1 4 2023
LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

Lori Rutledge, I have enclosed my Habeas corpus with the order setting hearing Both.
    Both cover Pages need cause numbers stamped for the Habeas corpus
                          &
              order setting hearing
I do need A copy sent to John Gabriel Rios #10660 and to the representitive of Archer county sheriff's office and to the state of Texas District Attorney representitive for the 97th District in Archer county.
I will request A court schedual to be Placed on the docket from the ~~court~~ court coordinator Amanda Cunningham, if you can thank you, if not I just need the cause number to Provide to her. Please and Thank you.

Name: John Gabriel Rios #~~Archer~~ 10660, #Lynn 1061, Lubbock 171092
Date: March 7, 2023
Sign:

[PAGE 1 OF 1]

# County of Archer

NORTH CENTRAL TEXAS ~ CREATED 1858 ~ ORGANIZED 1880

**LORI RUTLEDGE**
ARCHER COUNTY DISTRICT CLERK
P.O. BOX 815
ARCHER CITY, TX 76351
(940)574-4615 ~ (940)574-2432 fax

JOHN GABRIEL RIOS
C/O ARCHER COUNTY JAIL
P.O. BOX 517
ARCHER CITY, TX  76351

March 15, 2023

IN RE:  APPLICATION FOR WRIT OF HABEAS CORPUS
CAUSE NO.  2023-0026A-CV
STATE OF TEXAS
VS
JOHN GABRIEL RIOS

Mr. Rios,

I received your Application for Writ of Habeas Corpus in the above referenced cause number.  To set the hearing date, you will need to contact Amanda Cunningham, Court Administrator at (940) 894-2066 or P.O. Box 167, Montague, TX 76251.

If you should have any questions or if I can be of further assistance to you, please let me know.

Sincerely,

Lori Rutledge
Archer County District Clerk

COPY

FILED FOR RECORD
AT 8:48 O'CLOCK A M

MAR 1 4 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

# IN THE 97th DISTRICT COURT
## IN THE COUNTY OF ARCHER
### ARCHER CITY TEXAS

THE STATE OF TEXAS

Vs.                    Cause No. 2023-0026ACV

ARCHER COUNTY SHERIFF'S OFFICE

PETITION FOR A WRIT OF HABEAS CORPUS.

Texas code criminal Procedure 11.01.
Texas code criminal Procedure 22.13 cause which
will exonerate.

1.) JOHN GABRIEL RIOS #10660 Date of Birth
October 29th 1996. Arrested on February
4, 2023 by Archer county sheriff's office
in Archer city Texas. Witness located in,
Archer county sheriff's office. Archer county
sheriff's office located at, 100 law enforcement
way Archer city Texas 76351.

2.) Texas code criminal Procedure 22.13 (a)(1). Copy(s)
of warrants and Indictments cannot be
obtained for the arrest February 4, 2023 by
Archer county sheriff's office, at this time.

3.) ILLEGALLY CONFINED

4.) Texas code criminal Procedure 22.13 (a)(1).

[Page 1 of 3]

Task No:    12161
Task Date:   2/5/2023 1:22:22 PM
ID: 10660
Full Name:   Rios, John Gabriel

Deposit Type: Cash
Amount Entered:   $337.84
Fee:          $0.00
Resident Deposit:   $337.84

www.CommissaryDeposit.com

with exemplary Damages for time spent in servitude until release. (Value of John Gabriel Rios #10660) multiplied by (the minutes of life spent in servitude) with the exempliary Damages total mutiplied by three. Punitive Damages total mutiplied by three. COURT COST and Attorney fee's if any Paid. ALL Paid to John Gabriel Rios at once with his release from confinement at once. John Gabriel Rios Bank account through Bank of America is where John Gabriel Rios wishes the money to be deposited at once. Property released.

5.) John Gabriel Rios is under belief all is true and will be Texas code criminal Procedure 11.15, Granted without delay.

Name: John Gabriel Rios #10660
Date: March 7, 2023
Sign:

[ Page 3 OF 3 ]

**COPY**

IN THE 97th DISTRICT COURT
IN THE COUNTY OF ARCHER
ARCHER CITY TEXAS

FILED FOR RECORD
8:40 O'CLOCK A M
MAR 14 2023
LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

THE STATE OF TEXAS
VS.                    Cause No. 2023-0026A-CV
ARCHER COUNTY SHERIFF'S OFFICE

ORDER SETTING HEARING
For the attached,
Petition for A WRIT of HABEAS CORPUS,

WHEREAS, Premise considers the attached Motion
sent to provide the Instanter requisite. I
John Gabriel Rios order court hearing as
of the ready and movant this court to
Summon Witness John Gabriel Rios #10660 from
Archer county Sheriff's office, Instanter, with
Archer county sheriff's office to be summoned
as Defendant(s), Instanter. Transportation is
required for John Gabriel Rios#10660.
WHEREAS, Premise hearing the ORDER SETTING
HEARING in this instant matter shall Grant this
order to protect the community of Archer county.

Name: John Gabriel Rios #10660 and #11061 and #171092
                        Archer        Lynn        Lubbock
Date: March 7, 2023
Sign: _____         [Page 1 of 1]

# County of Archer





### LORI RUTLEDGE
ARCHER COUNTY DISTRICT CLERK
P.O. BOX 815
ARCHER CITY, TX 76351
(940)574-4615 ~ (940)574-2432 fax

## NOTICE
## TO PERSONS FILING ANY LEGAL DOCUMENTS
## THAT ARE NOT PREPARED BY AN ATTORNEY

1. Deputy Clerks in this office are prohibited from giving advice, answering legal questions or giving instructions with regard to divorce or any other Court proceedings. We cannot answer questions you may have about correctness of papers you wish to file or procedures to obtain a Court decision.

2. For the above stated reason, we advise you to consult an attorney or seek legal counsel if you have any questions or are unsure as to what you need to do.

3. If you pursue a legal action without attorney representation, we will file documents you present to us and collect the filing fee at the time of filing. The Judge at your court hearing may reject your papers.

4. We do not comply with instructions or information you may have read or obtained. We perform our clerk duties in accordance with the laws of the State of Texas. Directives in divorce "kits" are not binding on the Clerk and we do not process documents in accordance with any rules or instructions other than the governing laws and signed Court Orders.

5. Your papers may be served by the Sheriff's office or a private process server. If you use a private process server, you must contact one on your own.

I have read and understand the above information. I understand that the District Clerk or deputies in the District Clerk's office are prohibited from answering questions, advising or giving legal opinions.

_____
Signature

_____
Print Name

_____
Date

**PLEASE CALL AMANDA CUNNINGHAM, COURT COORDINATOR, (940) 894-2066, TO BE PLACED ON THE COURT'S DOCKET.**

NO. 2023-0026A-CV

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 97TH DISTRICT COURT |
| VS | OF |
| JOHN GABRIEL RIOS | ARCHER COUNTY, TEXAS |

## NOTICE OF HEARING

DATE OF HEARING: **APRIL 3, 2023 AT 9:00 A.M.**

      The Writ of Habeas Corpus hearing is set in this case at the above noted date and time in the District Courtroom of the 97th Judicial District Court for this county.

      All counsel and/or pro se parties are ordered to be present at the date and time set above.

      Signed March 21, 2023.

Jack A. McGaughey, Judge Presiding

COPIES SENT TO:

Casey Hall, District Attorney
Via Email:

John Gabriel Rios
Archer County Jail
PO Box 517
Archer City, TX 76351

Texas cod criminal

Art 1.04 Due course of law

1.05
1.06
1.08
1.09
1,53
1.10
1.11
1,12
1,18
1.27
1.26
11.50
22.13(a)(1)(b)

**COPY**

FILED FOR RECORD
AT 8:40 O'CLOCK A-M

MAR 24 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

Lori Rutledge    2023-0030A-CV

I have enclosed A WRIT OF HABAAS
and ORDER SETTING HEARING Motion
both need cause numbers and file stamp
Please and thank You.
        I will contact the coordinator by
mail as soon as practible.

Name: John Gabriel Rios
Date: March 20, 2023
Sign: _____
            ( Page 1 of 1 )

COPY    Cause No. 2023-0030A-CV

THE STATE OF TEXAS                    IN THE 97th DISTRICT COURT
VS.                                            OF
JOHN GABRIEL RIOS            ARCHER COUNTY, TEXAS
ARCHER COUNTY SHERIFF'S OFFICE

FILED FOR RECORD
AT 8:41 O'CLOCK A M
MAR 24 2023
LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

PETITION FOR A WRIT OF HABEAS CORPUS,
Texas code criminal Procedure 11.01,
Texas Penal Code $20.02 unlawful Restraint
Texas Penal code $20.04 Aggravated Kidnapping
Texas Penal Code $20.05 smuggling of a Person
Texas Penal Code $20.07 Operation of stash house
Texas Penal Code $20A.02 Trafficking of Persons
Texas Penal code $20A.04 Accomplice Witness;
                                    Testimony and Immunity

---

1.) John Gabriel Rios #10660 is illegally Restrained
    in his liberty, and by all Archer county
    Sheriff's office employee's and officer's involved
    February 4th 2023 in Archer City, Texas.
         WHEREAS, Texas Penal Code $20.02(a),(c)(2)(A)(B).
    A Person commits an offense if he intentionally or Knowingly
    restrains another Person. An offense under this section is A
    class A misdemeanor, except that the offense is: A Felony
    of the third degree if: The actor recklessly exposes
    the victim to a substantial risk of serious bodily
    injury; The actor restrains an individual the actor
    knows is a Public Servant while the Public Servant
                    [Page 1 of 16]

is lawfully discharging an official duty or in retaliation or on account of an exercise of official power or performance of an official duty as A public servant. On February 4, 2023 two officer's did commit the offense of unlawful restraint, By Not allowing John Gabriel Rios to leave when walking in A public place. Both officer's equiped with firearm, vehicle, hand restraint, and body camera on or close to what looked like bullet proof armor. In Archer city Texas, while John Gabriel Rios being A pro-se representative in the United States District Court Northern District Of Texas Lubbock Division and can be found. On February 4, 2023 two officer's did commit the offense of unlawful restraint. By Locking John Gabriel Rios in hand restraints in A public place he was walking through. without A presentation of A indictment by A Grand Jury and warrant for John Gabriel Rios arrest. In Archer city Texas. While Victim knows he is A public servant.

WHEREAS. Texas Penal Code $20.04 (a) (1)(2)(4)(5)(6)(3). A Person commits an offense if he intentionally or knowingly abducts another person with intent to: Hold him for ransom or reward; Use him as A shield or hostage; Inflict bodily injury on him or violate or abuse him sexually; Terrorize

[ PAGE 2 OF 13 ]

him or A third Person; or Interfere with the Performance
of any Governmental or Political function; Facilitate
the Commission of A felony or the flight After the Attempt
or commission of A felony. On February 4, 2023 two
officer's with Archer county Sheriff's office employee's
did commit the offense of Aggravated kidnapping. Both
officer's intentionally Performed A abduction with
the agreement of Archer county Sheriff's office employee's
Knowingly of the intent of the victim to be Placed where
he is not likely to be found. To hold with Conditions
of A release. With information withheld to hold as A
Shield to ensure the required need of evidence for
immunity. using the victim as A hostage. To Put the
victim in Situations that will inflict bodily injury
and cause mental with Physical Pain. No Indictment
and warrant was issued to John Gabriel Rios when
Placed into the vehicle with both officer's and
Archer county Sheriff's office. Knowingly facilitated the
commission of the ongoing felony.
    WHEREAS, Texas Penal Code $20.05 (a)(1)(A),(b)(1)(C)(D),(b)(2)(B).
A Person commits an offense if the Person Knowingly: uses A
motor vehicle, aircraft, watercraft, or other means of
conveyance to transport an individual with the intent
to: Conceal the individual from a Peace officer or special
investigator; An offense under this Section is a felony of
the third degree, except that the offense is: A felony of the
Second degree if: The offense was committed with the

[ Page 3 of 11 ]

intent to obtain A Pecuniary benefit; During the commission
of the offense the actor, another Party to the offense, or
An individual assisted, guided, or directed by the actor
knowingly Possessed a firearm; A felony of the first Degree
if: The smuggled individual suffered serious bodily injury
or death. On February 4, 2023 two officer's and Archer
county Sheriff's office employee's did commit the offense
of SMUGGLING OF A PERSON. Both officer's did use
motor vehicle's to transport John Gabriel Rios and
property to Archer county Sheriff's office employee's,
concealing the victim from the United States District
Court Northern District of Texas Lubbock Division. Offense was
with the intent to obtain a Pecuniary benefit from the
Victim with the help of Archer county Sheriff's office
employee's. Both officer's did carry firearm's during the
commission of the offense. The smuggled individual is
going through serious bodily injury with excesive Bail
amount's, unfiled cause's that have the victim confined,
Loss of employment, mental and Physical Pain due to
Living conditions without Indictment and warrant to
Show conditions of Servitude. No court hearing the
Condition's of Servitude for Archer county Sheriff's
office On Februar 4, 2023 to ensure due Process for the
victim John Gabriel Rios.

WHEREAS, Texas Penal Code $20.07(a)(1)(b)(c).
A Person commits an offense if the Person knowingly:
Uses or Permits another to use any real estate, building,

[ Page 4 of 12 ]

room, tent, vehicle, boat, or other property owned by the person or under the person's control to commit an offense or to facilitate the commission of an offense under section 20.05, 20.06, 20A.02, 20A.03, 43.04, or 43.05; An offense under this section is a class A misdemeanor. If conduct that constitutes an offense under this section also constitutes under another law, the actor may be prosecuted under this section, the other law, or both. On February 4, 2023 two officer's and Archer county sheriff's office employee's did commit the offense of operation of stash house. At the time of the offense both officer's and Archer county sheriff's office employee's were in control of the vehicle's and building to further facilitate the commission of the offense of smuggling of a person, for Archer county sheriff's office.

WHEREAS, Texas penal code §20A.02(a)(4)(2), (b)(2)(4), (c), A person commits an offense if the person knowingly: Traffics another person with the intent that the trafficked person engage in forced labor or services; Receives a benefit from participating in a venture that involves an activity described by subdivision (1), including by receiving labor or services the person knows are forced labor or services; Except as otherwise provided by this subsection and subsection (b-1), an offense under this section is a felony of the first degree if: The commission of the offense results in the death of the person who is

[ Page 5 of 8 ]

trafficked; The actor recruited, enticed, or obtained the victim of the offense from a shelter or facility operating as a residential treatment center that serves run away youth, foster children, the homeless, or persons subject to human trafficking, domestic violent, or sexual assault. If conduct constituting an offense under this section also constitutes an offense under another section of this code, the actor may be prosecuted under either section or under both sections. On February 5, 2023 Archer county sheriff's office employees with the help of two officers on February 4, 2023 did commit the offense of Trafficking of Persons. count one of forced labor and or services was with intent of benefit of twenty five thousand dollars at Archer county sheriff's office February 5, 2023  10:23:56 A.M., Count two of forced labor and or services was with intent of benefit of twenty five thousand dollars at Archer county sheriff's office February 5, 2023  10:24:38 A.M., count three of forced labor and or services was with intent of benefit of ten thousand dollars at Archer county sheriff's office February 5, 2023  10:24:52 A.M., count four of forced labor and or services was with intent of benefit of twenty five thousand dollars at Archer county sheriff's office February 5, 2023  10:25:29 A.M., count five of forced labor and or services was with intent of benefit of twenty five thousand dollars at Archer county sheriff's office February 5, 2023  10:25:33 A.M., Archer county

[ Page 6 of 11 ]



sheriff's office employee's receives a paycheck for
participating in the five count's of the ~~labor~~ trafficked
victim John Gabriel Rios. knowing that the
labor and or services are forced by the refusal
to sign labor and or services agreement on all
five count's. Archer county sheriff's office employee's
obtained the victim from the use of the facility
where human trafficking occurs. for all five count's.
    WHEREAS, Texas penal code $20A.04(a)(b)(c).
A party to an offense under this chapter may be required
to provide evidence or testify about the offense. A party
to an offense under this chapter may not be prosecuted
for any offense about which the party is required to
provide evidence or testify. and the evidence and testimony
may not be used against the party in any adjudicatory
proceeding except a prosecution for aggravated perjury. For
purposes of this subsection, "adjudicatory proceeding" means
a proceeding before a court or any other agency of
government in which the legal rights, powers, duties, or
privileges of specified parties are determind. A conviction
under this chapter may be had on the uncorroborated
testimony of a party to the offense. On this day
I do believe the required evidence or testimony
needed for Accomplice witness; Testimony and
Immunity, shall be John Gabriel Rios and the
one Archer county sheriff's office records keeper
Mrs. Cheryl to produce John Gabriel Rios Jail Card.
[ Page 7 of 11 ]

and the entire Archer County Sheriff's Office
employee roster from the time of February 4, 2023
with all new and terminated employee's.

2.) Information of Process that holds party confined for
five counts of service with intent of a benefit for
forced labor from the victim John Gabriel Rios. All five
count's are not filed in Archer County and the victim
refused to sign all five counts of forced labor. All
five counts have time stamps of the enforced Process in
Archer County Sheriff's Office. "Jail card" is being
printed from Archer County Sheriff's Office online website
by victims family. If unable to obtain the "jail card"
information from family, Archer County Sheriff's Office
records keeper Mrs. Cheryl is required to provide as
well as to confirm the records of the employee roster.

3.) illegally confined

4.) There must be a prayer in the petition for the WRIT
OF HABEAS CORPUS; relief sought is Immunity for
John Gabriel Rios and Mrs. Cheryl and any victims
by the actors. Shall enforce both forms of penalties
for the actors to recieve the max fine(s) imposed and
max sentence(s) imposed to be served in the Texas
Department of criminal Justice to prevent the likely
recurrence of criminal behavior. Fine(s) to be paid
to John Gabriel Rios with understanding each employee
has individual fine(s) and sentence(s) in the sought after
Relief. Relief sought is personal injury for the forced value

[ Page 8 of 18 ]



of John Gabriel Rios for the days Punished by the actors to reflect the victims real personal injury calculations of, Value of John Gabriel Rios multiplied by days of Punishment to reflect Personal injury Relief. Relief of Punitive is my job losted due to the actors. My job detail was monday-Friday 7:30 A.M. - 6 P.M. at the Pay rate of $16 per hour at RAM Manufacturing, my request is the 40 hour work week at $16 per hour to reflect all time away from work and being Punished by the actors, having to buy law book(s) total $117.98. and $337.84 of the moneys taken by actors from my pockets, any and all court cost attorney fee's. is all of Punitive Relief. Relief sought is all personal and private property held in And or by Archer county sheriff's office to be returned to John Gabriel Rios having it held in locker 42 is another Returnable Relief sought by John Gabriel Rios. I need all my Relief's I must pray. I am providing property list and its front and back print. RAM Manufacturing number can be found online. Its in Lubbock Texas. Can I have A Direct Deposit to my Bank, its Bank of America in Lubbock Texas on 19th and university ask for Banker (Cantu), if not A check issued to John Gabriel Rios because I must pray to have relief. Now John Gabriel Rios is trying to help the sick with the much needed treatment and ask the relief's be granted to

[Page 9 of 18]

hopefully help cure the desease in the county of Archer and where it has spread.

5.) oath must be made that the allegations of the petition are true, according to the belief of the petitioner.

Texas penal code § 1.08 PREEMPTION.

No governmental subdivision or agency may enact or enforce a law that makes any conduct covered by this code an offense subject to a criminal penalty. This section shall apply only as the law governing the conduct proscribed by this code is legally enforceable.

   I do believe Texas statutes penal code 2023 edition is where you may find the laws used in this petition for a WRIT OF HABEAS CORPUS.

Name: John Gabriel Rios
Date: March 20, 2023
Sign: [signature]

Archer county sheriff's office:
                    Sign:
                    Date:  /  /

[ Page 16 OF 16 ]
   [ Plus "Jail card"
      if obtainable ]

you are to preserve the peace. you are to enforce the peace. you shall enforce

**COPY**

Cause No. 2023-0030A-CV

THE STATE OF TEXAS                    IN THE 97th DISTRICT COURT
VS.                                                        OF
JOHN GABRIEL RIOS                  ARCHER COUNTY, TEXAS
ARCHER COUNTY SHERIFF'S OFFICE

FILED FOR RECORD
AT 8:40 O'CLOCK A M

MAR 24 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

## ORDER SETTING HEARING
### For the attached,
### Petition for A WRIT OF HABEAS CORPUS.

WHEREAS, Premise considers the attached motion sent to provide the Instanter requisite, I John Gabriel Rios order court hearing as of the ready and movant this court to summon required witnesses John Gabriel Rios #10660 and Archer County Sheriff's office employee's, Instanter. Transportation is required for John Gabriel Rios #10660.

WHEREAS, Premise hearing the ORDER SETTING HEARING in this instant matter shall grant this order to protect the community of Archer county.

NAME: John Gabriel Rios
DATE: MARCH 20, 2023
SIGN: 

[Page 1 of 1]

**COPY**

NO. 2023-0030A-CV

FILED FOR RECORD
AT _____ 30 o'clock __ A M

MAR 2 8 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 97TH DISTRICT COURT |
| VS. | OF |
| JOHN GABRIEL RIOS | ARCHER COUNTY, TEXAS |

<u>NOTICE OF HABEAS CORPUS HEARING</u>

**DATE OF HEARING: APRIL 3, 2023 AT 9:00 A.M.**

The status hearing is set in this case at the above noted date and time in the District Courtroom of the 97th Judicial District Court for this county.

All counsel and/or pro se parties are ordered to be present at the date and time set above.

Signed March 28, 2023.

Jack A. McGaughey, Judge Presiding

COPIES SENT TO:

Casey Hall, District Attorney
Via Email:

John Gabriel Rios
Archer County Jail
PO Box 517
Archer City, TX 76351

Texas code criminal

Art. 1.08 Habeas corpus

   1.26
   1.27
   1.025
   1.04
   1.05
   1.06
   1.09
   11.90

# Archer County Jail Incident Report Form

**INMATE NAMES: RIOS, JOHN GABRIEL**
**Date:04-01-2023   Tank:155**
**Rule(s) Violated: DISRESPECT TO STAFF**
**RULE ~~A51~~: ~~DISRESPECT TO STAFF~~**
    B19  Insolence To An Officer

**NARRATIVE:** ON THE MORNING OF SATURDAY, APRIL 1ST 2023. I OFFICER
GUERRA, ROBERT WAS ON MY 05:53 WALK PICKING UP BREAKAST TRAYS AND
RECEIVING CLEANING SUPPLIES THAT I HAD PASSED OUT TO THE INMATES ON
MY PREVIOUS WALK. AS I MADE MY WAY DOWN TO TANKS 155 AND 156
ALONG WITH TRUSTEE FITCH, MATHEW MORRIS, I SAW TRASH AS WELL AS DIRT
ALONG THE FOYER, IT WAS HOWEVER CLOSER TO 155. I OPENED 155'S DOOR
AND TOLD THEM I DON'T KNOW WHO DID THIS BUT THAT THIS WAS VERY
CHILDISH. I REMINDED THEM THAT WE ARE ALL ADULTS HERE AND THAT THERE
WAS NO REASON FOR THEM TO DO THIS. INMATE RIOS STATED THAT HE SWEPT
THE TRASH AND DIRT INTO THE FOYER BECAUSE THERE WAS NO DUSTPAN. I
REMINDED HIM THAT'S NOT A GOOD EXCUSE. I ASKED HIM WHY DIDN'T HE ASK
ME FOR A DUSPTAN AND I WOULD HAVE GIVEN HIM ONE. HE REPLIED "WHY
DIDN'T YOU DO YOUR JOB AND MAKE SURE THERE WAS A DUST PAN ALREADY
ON THERE?" HE THEN DEMANDED SEVERAL TIMES THAT I LOOK HIM IN THE
EYES WHEN I'M TALKING TO HIM. I TOLD HIM I DIDN'T HAVE TO AND THAT THIS
WOULD BE A WRITE UP FOR HIM FOR BEING DISRESPECTFUL. I THEN RECEIVED
THE CLEANING SUPPLIES AND CLOSED THE DOOR AND TRUSTEE FITCH CLEANED
UP THE TRASH AND DIRT ALONG THE FOYER AND I FINISHED UP MY WALK.

**Detention Officer(s) Involved: GUERRA, ROBERT**

# DISCIPLINARY FORM

INMATE NAME: _Rios, John Gabriel_____ S.O. #: _10660_

HOUSING UNIT: _Tank - 155_____ BOOKIN NUMBER: _500012338222_

You are herewith notified that a written offense report, dated on the _1st_ day of _April '23_ alleges that you have violated the following jail rule (s): _B19 Insolence To An Officer_

---

You shall be given a fair, neutral, and impartial hearing. You have the right to call witnesses on your behalf at the time of the hearing. If you are unable to read or comprehend the charges, you may be represented by another inmate or by a staff member, if approved by the Sheriff, and if such person is willing to assume the responsibility. A determination of innocence or guilt shall be made by the Disciplinary Hearing Officer or by a Disciplinary Hearing Board. If you are found guilty, the penalty for the violation (s) may include any or all of the following:

**MINOR INFRACTION:**
1. Counseling.
2. Verbal or Written Reprimand
3. Loss of privileges for a period not to exceed 15 days.
4. Disciplinary separation for a period not to exceed 15 days.

**MAJOR INFRACTION:**
1. Loss of good conduct credit
2. Loss of privileges for a period not to exceed 30 days.
3. Removal from work details or programs; and
4. Disciplinary separation for a period not to exceed 30 days.
You are advised that you may appeal the decision of the Disciplinary Hearing. You must give written notice of appeal within three (3) days after the decision of the Hearing to the Jail Administrator.

Dated at Archer County Jail this _5th_ day of _April_____, _2023_.
Jack Curd, Sheriff Archer County

Jail Administrator: _D Richey 900_____ Correctional Officer: _Geneva Schroeder_

## SANCTIONS OFFERED FOR WAIVER

1. Loss of visitation _30_ days. Effective _4-5-23_ until _5-4-23_.

2. Loss of commissary _30_ days. Effective _4-5-23_ until _5-4-23_.

3. Loss of television _____ days. Effective _____ until _____.

4. Loss of telephone _____ days. Effective _____ until _____.

5. Disciplinary separation _____ days. Effective _____ until _____.

Disciplinary Officer: _D Richey_____ Date: _4-5-2023_____

I, _Rios John Gabriel_ wish to waive my rights to a disciplinary hearing and accept the sanctions imposed by the disciplinary officer.

Inmate Signature: _Declined_____ Date: _(4/5/2023)_____

B 2 8 any violation of state or Federal law

§ 42.01 Disorderly conduct        Class C
(a)(7)(6)

36.04 improper influence        Class A
(a)(b)

36.06 Obstruction or Retaliation
(a)(2)(A)(c)                        3rd Degree

Texas Penal code  16.01
16.02 & 32.48 simulating legal process
42.07 Harassment
Texas Penal code  42.02 Riot.
(a)(3)(d)(e)(2)

COPY    Cause No. 2023-0042A CV

John Gabriel Rios

VS.

Archer County Sheriffs office

AT 8:46 FILED FOR RECORD O'CLOCK __A__ M

APR 19 2023    LR

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY TEXAS

IN THE 97th DISTRICT
OF
ARCHER COUNTY, TEXAS

LORI RUTLEDGE,

I have A complaint that is in need of filing with the "ORDER SETTING HEARING" attached, both need cause numbers PLEASE. AND
THANK YOU.

AS soon as possible I will request the court coordinator Amanda Cunningham at P.O. BOX 167
Montague, TX 76251.

To and for Docket Placement.

I do need COPY'S sent to John Gabriel Rios and the DISTRICT attorneys office over the 97th DISTRICT COURT in Archer county TEXAS, CASEY HALL. Please and thank you.

Date: APRIL 16 2023
NAME: John Gabriel
SIGN!

current mailing address:
John Gabriel Rios #10660
c/o Archer County Jail
PO BOX 517
Archer City TX 76351

Physical address:
John Gabriel Rios #10660
Archer County Jail
100 Law enforcement way
Archer City, TX 76351

[Page 1 of 1]



COPY

JOHN GABRIEL RIOS
VS.
Archer County Sheriff's Office

FILED FOR RECORD
AT 8:40 O'CLOCK AM

APR 19 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

Cause No. 2023-0042A-CV

IN THE 97th DISTRICT COURT
OF
ARCHER COUNTY, TEXAS

Texas Code Criminal Art. 15.04 Complaint. "COMPLAINT"
Texas Penal Code $20.02 Unlawful Restraint.
Texas Penal Code $20.04 Aggravated Kidnapping.
Texas Penal Code $20.05 Smuggling of a Person.
Texas Penal Code $20.07 Operation of Stash house.
Texas Penal Code $20A.02 Trafficking of Persons.
Texas Penal Code $20A.04 Accomplice witness; Testimony
and Immunity.
Texas Penal Code $31.03 Theft.

February 4th 2023 in Archer City Texas Archer County Sheriff's Office employee's and two officer's involved, did commit Texas Penal Code $20.02 (a) (c) (2) (A) (B).

A person commits an offense if he intentionally or knowingly restrains another person. An offense under this section is A class A misdemeanor, except that the offense is: A felony of the third degree if: The actor recklessly exposes the victim to a substantial risk of serious bodily injury; The actor restrains an individual the actor knows is a Public Servant while the Public Servant is lawfully discharging an official duty or in retaliation or on account of an exercise of official power or performance of an official duty as A Public Servant;. By Not allowing John Gabriel Rios to leave when walking in A Public Place. Both officer's equiped with firearm, vehicle, hand restraint, and body camera on or close to what looked like bullet proof armor. In Archer City Texas,

[ Page 1 of 15 ]

While John Gabriel Rios being a Pro-se representative in the United States District court Northern District of Texas Lubbock Division as a plaintiff in cause number(s): 5:2021-cv-00058, 5:2022-cv-00266, 5:2022-cv-00318, and can be found available to the public under form "prisoner's civil rights complaint" filed in, United States District court office of the clerk Northern district of Texas 1205 Texas Ave., Room 209 Lubbock, TX 79401. On February 4, 2023 two officer's did commit the offense of unlawful restraint. By locking John Gabriel Rios in hand restraints in a public place he was walking through. Without a presentation of a indictment by a grand jury and warrant for John Gabriel Rios arrest. In Archer city Texas, while victim knows he is a public servant.

Texas Penal code $20.04 (a)(1)(2)(4)(5)(6)(3).

A person commits an offense if he intentionally or knowingly abducts another person with intent to: Hold him for ransom or reward; use him as a shield or hostage; Inflict bodily injury on him or abuse him sexually; terrorize him or a third person; or Interfere with the performance of any governmental or political function; Facilitate the commission of a felony or the flight after the attempt or commission of a felony. On February 4, 2023 two officer's with Archer county Sheriff's office employee's did commit the offense of aggravated Kidnapping. Both officer's intentionally performed a abduction with the agreement of Archer county Sheriff's office employee's knowingly of the intent of the victim to be placed where he is not likely to be found. To hold with condition's of a release, with information withheld to hold as a shield to ensure the required need of evidence for immunity, using the victim as a hostage. To put the victim in situations that will inflict bodily injury and cause mental with physical pain. No indictment and warrant was issued to John Gabriel Rios when placed into the vehicle with both officer's and Archer county Sheriff's office, knowingly facilitated the commission of the felony.

Texas Penal code $20.05(a)(1)(A) (b)(1)(C)(D) (b)(2)(B).

[page 2 of 15]

A person commits an offense if the person knowingly: uses a motor vehicle, aircraft, watercraft, or other means of conveyance to transport an individual with the intent to: conceal the individual from a peace officer or special investigator; An offense under this section is a felony of the third degree, except that the offense is: A felony of the second degree if: The offense was committed with the intent to obtain a pecuniary benefit; During the commission of the offense the actor, another party to the offense, or an individual assisted, guided, or directed by the actor knowingly possessed a firearm; A felony of the first degree if: The smuggled individual suffered serious bodily injury or death. On February 4, 2023 two officer's and Archer county sheriff's office employee's did commit the offense of smuggling of a person. Both officer's did use motor vehicle's to transport John Gabriel Rios and property to Archer county Sheriff's office EMPLOYEE'S, concealing the victim from the United states District court NORTHERN Diserict of Texas Lubbock division. Offense was with the help of Archer county Sheriff's office EMPLOYEE'S, both officer's did carry firearms during the commission of the offense. The smuggled individual is going through serious bodily injury with EXCESSIVE bail amount's, unfixed cause's that have the victim confined, loss of employment, mental and physical pain due to living conditions of servitude. No court hearing the conditions of servitude for Archer county sheriff's office on February 4, 2023 to ensure due process for the victim JOHN Gabriel Rios.

Texas Penal Code § 20.07 (a)(1)(b)(c).

A person commits an offense if the person knowingly: uses or permits another to use any real estate, building, room, tent, vehicle, boat, or other property owned by the person or under the person's control to commit an offense ~~under~~ or to facilitate the commission of an offense under section 20.05, 20.06, 20A.02, 20A.03, 43.04, or 43.05; An offense under this section is a class A misdemeanor. If conduct that constitutes an offense under this section also constitutes under another law, the other law, or both. On February 4, 2023 two officer's and Archer county Sheriff's office EMPLOYEE'S did commit the offense of operation of stash house. At the time of the offense both officer's and archer COUNTY sheriff's Office employees were in control of the vehicle's and building to further facilitate the commission of the offense of smuggling of a person, for Archer county Sheriff's office.

[ page 3 of 15 ]

Texas Penal Code #20A.02(a)(5)(7) (b)(b)(c)(f)(6).

A person commits an offense if the person knowingly: Traffics another person with the intent that the trafficked person engage in forced labor or services; receives a benefit from participating in a venture that involve an activity described by subsection (1), including by receiving labor or services the person knows are forced labor or services; Except as otherwise provided by this subsection and subsection (b-1), an offense under this section is a felony of the first degree if: The commission of the offense results in the death of the person who is trafficked; The actor recruited, enticed, or obtained the victim of the offense from a shelter or facility operating as a residential treatment center that serves run away youth, foster children, the homeless, or persons subject to human trafficking, domestic violence, or sexual assault. If conduct constituting an offense under this section also constitutes an offense under another section of this code, the actor may be prosecuted under ~~this~~ either section or under both sections. ~~....~~ On February 5, 2023 Archer county Sheriff's office EMPLOYEE's with the help of two officer's on February 4, 2023 did commit the offense of Trafficking of Persons. count ONE of forced labor and or Services was with intent of benefit of $25000 at Archer COUNTY Sheriff's Office February 5, 2023 at 10:23:56 A.M., count two of forced labor and or Services was with intent of benefit of $25000 at Archer COUNTY Sheriff's Office February 5, 2023 at 10:24:38 A.M., COUNT three of forced labor and or Services was with intent of benefit of $10 000 at Archer COUNTY Sheriff's Office February 5, 2023 at 10:24:52 A.M., count four of forced labor and or Services was with intent of benefit of $25000 at Archer COUNTY Sheriff's Office February 5, 2023 at 10:25:29 A.M., count five of forced labor and or Services was with intent of benefit of $25000 at Archer county Sheriff's office February 5, 2023 at 10:25:33 A.M.. Archer county Sheriff's office EMPLOYEE's receives a paycheck for participation in the five counts ~~...~~ of the trafficked victim John Gabriel Pinon knowing that the labor and or services we forced by the refusal ~~...~~ to sign labor and or services agreement on all five counts. Archer county Sheriff's office EMPLOYEE's obtained the victim from the use of the

[ page 4 of 15 ]

Facility where Human Trafficking occurs, For any 2 of the Counts.

Texas Penal Code §20A.04 (a)(b)(c).

A party to an offense under this chapter may be required to provide evidence or testify about the offense. A party to an offense under this chapter may not be prosecuted for any offense about which the party is required to provide evidence or testimony testify, and the evidence and testimony may not be used against the party in any adjudicatory proceeding except a prosecution for aggravated perjury. For purposes of this subsection, "adjudicatory proceeding" means a proceeding before a court or any other agency of government in which the legal rights, powers, duties, or privileges of specified parties are determined. A conviction under this chapter may be had on the uncorroborated testimony of a party to the offense.

On the days in question I do believe the required evidence or testimony needed for Accomplice witness; Testimony and Immunity, shall be John Gabriel Rios and the one Archer County Sheriff's Office records keeper hired on February 4th and 5th of year 2023. To produce John Gabriel Rios "Jail card" and the entire Archer County Sheriff's Office employee Roster hired on February 4th and 5th of year 2023.

Texas Penal Code §31.03 (a)(b)(1)(5)(d)(1)(2)(3) (f)(1)(2)

A person commits an offense if he unlawfully appropriates property with intent to deprive the owner of property. Appropriation of property is unlawful if: it is without the owner's effective consent; stolen property does not lose its character as stolen when recovered by any law enforcement agency; It is not a defense to prosecution under this section that: the offense occurred as a result of a deception or strategy on the part of a law enforcement agency, including the use of an undercover operative or peace officer; the actor was provided by a law enforcement agency with a facility in which to commit the offense or an opportunity to engage in conduct constituting the offense; or the actor was solicited to commit the offense by a peace officer, and

[ Page 5 of 15 ]

the solicitation was of a type that would encourage a person predisposed to commit the offense to actually commit the offense, but would not encourage a person not predisposed to commit the offense to actually commit the offense. An offense described for purposes of punishment by subsections (e)(1)-(6) is increased to the next higher category of offense if it is shown on the trial of the offense that: the actor was a public servant at the time of the offense and the property appropriated came into the actor's custody, possession, or control by virtue of his status as a public servant; the actor was in a contractual relationship with government at the time of the offense and the property appropriated came into the actor's custody, possession, or control by virtue of the contractual relationship; "Effective consent" includes consent by a person legally authorized to act for the owner. Consent is not effective if: (A) induced by deception or coercion; (B) given by a person the actor knows is not legally authorized to act for the owner (C) given by a person who by reason of youth, mental disease or defect, or intoxication is known by the actor to be unable to make reasonab property dispositions; (D) given solely to detect the commission of an offense; or (E) given by a person who by reason of advanced age is known by the actor to have a diminished capacity to make informed and rational decisions about the reasonable disposition of property. On February 4th of 2023 two OFFICER'S and Archer county Sheriff's office employee's did commit theft to JOHN Gabriel Rios for his listed PROPERTY in LOCKER u2 REPORT made February 5th OF 2023 at 7:48 A.M. in Archer county Sheriff's OFFICE, without EFFECTIVE consent by John Gabriel Rios at the time of the theft February 4th OF 2023, in Archer City Texas, With provided Proof of PROPERTY February 5th 2023 At 7:48 A.M. OF the 163 counts Of Theft.

Texas Penal Code $7.01 Parties To Offense. (a) A person is criminally responsible as a party to an offense if the offense is committed by his own conduct, by the conduct of another for which he is

[ Page 6 of 15 ]

criminally responsible, or by both. (b) Each party to an offense may be charged with the commission of the offense. (c) All traditional distinctions between accomplices and principals are abolished by this section, and each party to an offense may be charged and convicted without alleging that he acted as a principal or accomplice.

Texas Penal Code § 7.02 Criminal Responsibility For Conduct Of Another. (a) A person is criminally responsible for an offense committed by the conduct of another if: (2) acting with intent to promote or assist the commission of the offense, he solicits, encourages, directs, aids, or attempts to aid the other person to commit the offense; or (3) having a legal duty to prevent commission of the offense and acting with intent to promote or assist its commission, he fails to make a reasonable effort to prevent commission of the offense. (b) If, in the attempt to carry out a conspiracy to commit one felony, another felony is committed by one of the conspirators, all conspirators are guilty of the felony actually committed, though having no intent to commit it, if the offense was committed in furtherance of the unlawful purpose and was one that should have been anticipated as a result of the carrying out of the conspiracy.

Texas Penal Code § 7.03 Defenses excluded.

In a prosecution in which an actor's criminal responsibility is based on the conduct of another, the actor may be convicted on proof of commission of the offense and that he was a party to its commission, and it is no defense: (1) that the actor belongs to a class of persons that by definition of the offense is legally incapable of committing the offense in an individual capacity; or (2) that the person for whose conduct the actor is criminally responsible has been acquitted, has not been prosecuted or convicted, has been convicted of a different offense or of a different type or class of offense, or is immune from prosecution.

[ Page 7 of 15 ]

THEREFORE, another County Sheriff's Office employee with two Officers have committed, 2 counts of Unlawful Restraint, both Punishable of the third degree Felony. 1 count of Aggravated Kidnapping, Punishable of the First degree Felony. 2 counts of Smuggling of a Person, Punishable of the second degree and of the first degree Felony. 2 counts of Operation of Stash house, both Punishable of Class A misdemeanor. 5 counts of Trafficking of Persons, All Punishable of the First degree Felony. 164 counts of Theft, All Punishable of the Value and to the next increased category of the Offense. Texas Penal code §31.08 Value. (a) subject to the additional criteria of Subsection (b) and (c), Value under this Chapter is: (1) the Fair market Value of the Property or service at the time and place of the offense; Or (2) if the Fair market Value of the Property cannot be ascertained, the cost of replacing the Property within a reasonable time after the theft. (b) The Value of documents, Other than those having a readily ascertainable market Value, is: (1) the amount due and collectible at maturity less that Part which has been satisfied, if the document constitutes evidence of a debt; Or (2) the greatest amount of economic loss that the owner might reasonably suffer by virtue of loss of the document, if the document is other than evidence of a debt. (c) If Property or service has Value that cannot be reasonably ascertained by the criteria set ~~for~~ forth in Subsection (a) and (b), the Property or Service is deemed to have a Value of $750 or more but less than $2500. (d) If the actor Proves by a Preponderance of the evidence that he gave consideration for or had a legal interest in the Property or Service stolen, the amount of the consideration or the Value of the interest so Proven shall be deducted from the Value of the Property or Service ~~set forth~~ ascertained under subsection (a), (b), or (c) to determine Value for Purposes of this Chapter.

[ Page 8 of 15 ]

**Receipt for Inmate Property Received**

## ARCHER COUNTY SHERIFFS OFFICE

| Name | Race | Sex | DOB | CCN | ATN |
|------|------|-----|-----|-----|-----|
| RIOS JOHN GABRIEL | H | M | 10/29/1991 | 10660 | 500012338222 |

| Item | Comments | Location | Date Time Received | Officer Received By |
|------|----------|----------|--------------------|---------------------|
| WATCH | BLACK | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| GLASSES | 2 BLACK PAIR | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| BELT | I BLACK,1GREY | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| HAT/CAP | BLUE/GREY | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 1 | BROWN BOOTS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| COAT/SWEATER | BROWN | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| CELL PHONE | 2 BLACK PHONES | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| LEGAL TENDER - $337.84 | $337.84 | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 1 | PIPE WRENCH | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 2 | PROTEIN POWDER BAG | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISC. CLOTHING | BLACK T-SHIRT | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 2 | BLACK LUFA | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 3 | BLUE WASH CLOTH | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 4 | BODY SPRAY | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 5 | 2- DEODERANT | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 6 | 1-SHAMPOO BOTTLE | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 1 | BLACK GLOVES | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 2 | TOOTH BRUSH AND TOOTH PASTE | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 3 | 3- VAPES | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 4 | BINDER WITH LEGAL PAPERS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 5 | 1 BOTTLE OF WATER | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| LIGHTER | 1BLACK, 1WHITE | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 6 | 6 SMALL TOOLS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 1 | 1 BLACK CHARGER | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| SHOE LACES | 1 BLACK PAIR | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 1 | BARBER BRUSH | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISC. CLOTHING | 1 BLACK CUTOFF SHIRT | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISC. CLOTHING | RIPPED BLUE JEANS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISC. CLOTHING | GREY T-SHIRT | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 1 | 4 PENS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 2 | FLOSS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |

**\*\* ANY PROPERTY LEFT AFTER THE INMATE IS RELEASED WILL BE LIQUIDATED \*\***

# Receipt for Inmate Property Received

## ARCHER COUNTY SHERIFFS OFFICE

| Item | Comments | Location | Date Time Received | Officer Received By |
|------|----------|----------|--------------------|--------------------|
| MISCELLANEOUS 3 | 1 CITATION | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 4 | MISCELLANEOUS PAPERS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 5 | 112 CONDOMS | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| EARRINGS | 1- YELLOW PAIR | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 1 | 1 MASTER CARD | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 2 | ANGEL CUTTER | LOCKER 42 | 02/05/23 07:48 | MHILBERS |
| MISCELLANEOUS 3 | BLACK BACKPACK | LOCKER 42 | 02/05/23 08:11 | MHILBERS |

Item Count: 38

| Name | DOB | CCN | Property Officer | Employee Number |
|------|-----|-----|------------------|-----------------|
| RIOS JOHN GABRIEL | 10/29/1991 | 10660 | RICHEY, DALE | 393024 |

| Signature | Date | Signature | Date |
|-----------|------|-----------|------|

** ANY PROPERTY LEFT AFTER THE INMATE IS RELEASED WILL BE LIQUIDATED **

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # _JP1_

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class _3_

Before me, the undersigned magistrate of the State of Texas on this day, personally appeared _Rios_

_John Gabriel_ _____ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of _Proh. Sub Corr Facil - Alcohol/Drug/Phone/Tobacco_
An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _Archer_
Warrant/Cause # _____

☑ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO

☐ (3) Are you hearing impaired? ☐ YES or ☑ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☐ (5a) Do you want to request appointment of an attorney? ☐ YES or ☐ NO _No Response_

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.
(Felony Only)

☐ (10) Are you a citizen of the United States?
☐ Yes ☐ No _No. Response_
☐ IF NO: Do you request that we notify your
Country's Consulate? ☐ Yes ☐ No

☑ Your Bail is set at $ _25,000_

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

_John Gabriel Rios_
Person Warned (Printed Full Name)

_R Joe Aulds_
Magistrate (Printed name)

_AC JP1_
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: _10:2a_ A.M.

DATE: _February 5_ 20 _23_

REMARKS:

_R Joe A_
Accused (Magistrate if Accused refuses to sign)

_Donnie Schroate_
Witness

_R Joe A_
Magistrate

TIME STAMP:

23 FEB 5 AM 11:35

3

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # ___SP1___

Misdemeanor - Class _____

State Jail Felony _____

Felony - Class ___3___

Before me, the undersigned magistrate of the State of Texas on this day personally appeared ___Rios___

___John Gabriel___ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of __Poss CS PG 1/1-B >=1G <4G__

An affidavit charging you with this offense *(has) *(has not) been filed with this Court. __Arcila__

Warrant/Cause # _____

☐ (2) Are you able to speak and understand the English Language? ☑ YES or ☐ NO

☑ (3) Are you hearing impaired?    ☐ YES or ☐ NO

☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.

☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ (5a) Do you want to request appointment of an attorney? ☐ YES or ☐ NO  No Response

☑ (6) You have the right to remain silent.

☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☑ (8) You have the right to stop any interview or questioning at any time.

☑ (9) You have the right to have an examining trial.

(Felony Only)

☐ (10) Are you a citizen of the United States?

☐ Yes ☐ No  No Response

☐ If NO: Do you request that we notify your Country's Consulate? ☐ Yes ☐ No

☑ Your Bail is set at $ __25,000__

☐ Bail Not Determined

☐ Bail is Denied

* Delete what is not applicable.

Place of Warning: Archer County Jail
100 Law Enforcement Way
Archer City, TX 76351

TIME: __10:39__ A M.

DATE: __February 5__ 20 __23__

REMARKS:

___John Gabriel Rios___
Person Warned (Printed Full Name)

___R Joe Aulds___
Magistrate (Printed name)

___AC SP1___
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:

_____
Accused (Magistrate if Accused refuses to sign)

_____
Witness

_____
Magistrate

TIME STAMP:

23 FEB 5 10:24 SBS

WARNING OF RIGHTS - SP

# Magistrate's Warning

# State of Texas
# County of Archer

Magistrate's # __JP1__
Misdemeanor - Class _____
State Jail Felony_____
Felony - Class _3_____

Before me, the undersigned magistrate of the State of Texas on this day personally appeared __Rios__

__John Gabriel__ in the custody of a peace officer, and said person was given the following warning by me:

☑(1) You are charged with the offense of __Proh sub c o/r facil Alcohol/Drug/Phone/Tobacco__
  An affidavit charging you with this offense *(has) *(has not) been filed with this Court. __Archer__
  Warrant/Cause # _____
☑(2) Are you able to speak and understand the English Language? ☑YES or ☐NO
☐(3) Are you hearing impaired? ☐YES or ☑NO
☑(4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State. You may have reasonable time and opportunity to consult your attorney if you desire.
☑(5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.
  ☑(5a) Do you want to request appointment of an attorney? ☐YES or ☐NO No Response
☑(6) You have the right to remain silent.
☑(7) You are not required to make a statement, and any statement you make can and may be used against you in Court.
☑(8) You have the right to stop any interview or questioning at any time.
☑(9) You have the right to have an examining trial.
  (Felony Only)
☑(10) Are you a citizen of the United States?
  ☐Yes ☐No No Response
  ☐ If NO: Do you request that we notify your
  Country's Consulate? ☐Yes ☐No
☑Your Bail is set at $ __25,000__
☐Bail Not Determined
☐Bail is Denied
* Delete what is not applicable.

Place of Warning: Archer County Jail
  100 Law Enforcement Way
  Archer City, TX 76351

TIME: __10:39__ AM

DATE: __February 5__ 20 __23__
REMARKS:

__John Gabriel Rios__
Person Warned (Printed Full Name)
__R Joe Adds__
Magistrate (Printed name)
__AC JP1__
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:
_____
Accused (Magistrate if Accused refuses to sign)
_____
Witness
_____
Magistrate

TIME STAMP:

WARNING OF RIGHTS - SP

# Magistrate's Warning

## State of Texas
## County of Archer

Magistrate's # _____ SP1 _____
Misdemeanor - Class _____
State Jail Felony _____
Felony - Class _3_

Before me, the undersigned magistrate of the State of Texas on this day personally appeared _RIOS_

_John Gabriel_ _____ in the custody of a peace officer, and said person was given the following warning by me:

☑(1) You are charged with the offense of _POSS CS PG N/-B>=1G <4G_
    An affidavit charging you with this offense *(has) *(has not) been filed with this Court. _ARCHER_
    Warrant/Cause # _____

☑(2) Are you able to speak and understand the English Language? ☑YES  or  ☐ NO

☑(3) Are you hearing impaired?        ☐ YES   or   ☑ NO

☑(4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State.  You may have reasonable time and opportunity to consult your attorney if you desire.

☑(5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.

   ☑(5a) Do you want to request appointment of an attorney? ☐ YES  or  ☐ NO  _No Response_

☐(6) You have the right to remain silent.

☑(7) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☐(8) You have the right to stop any interview or questioning at any time.

☑(9) You have the right to have an examining trial.
    (Felony Only)

☐(10) Are you a citizen of the United States?
    ☐ Yes ☐ No   _No Response_
☐ IF NO:  Do you request that we notify your
    Country's Consulate?  ☐ Yes ☐ No
☑ Your Bail is set at $ _25,000_
☐ Bail Not Determined
☐ Bail is Denied
* Delete what is not applicable.

Person Warned (Printed Full Name)
_John Gabriel Rios_

Magistrate (Printed name)
_R. Son Aulds_

Magistrate Title
_AC SP1_

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

SIGNATURES:

Accused (Magistrate if Accused refuses to sign)
_R_____

Witness
_Jennie Schmid_

Magistrate
_R_____

Place of Warning:  Archer County Jail
    100 Law Enforcement Way
    Archer City, TX 76351

TIME: _10:39 A_ M.

DATE: _February 5_ 20 _23_

REMARKS:

TIME STAMP:

John Gabriel Rios ask the court for the punishments that are provide by the Texas penal code that are in accordance to the grade of offense.

For the two counts of unlawful Restraint to be punished by imprisonment in the Texas Department of Criminal Justice for 20 years and by fine of $20,000.

For the Aggravated Kidnapping to be punished by imprisonment in the Texas Department of Criminal Justice for 99 years and by fine of $10,000.

For the smuggling of a person to be punished by imprisonment in the Texas Department of Criminal Justice for 20 years and by fine of $10,000.

For the second count of smuggling of a person to be punished by imprisonment in the Texas Department of Criminal Justice for 99 years and by fine of $10,000.

For the 2 counts of operation of stash house to be punished by imprisonment in the Texas Department of Criminal Justice for 2 years and by fine of $8,000.

For the the 5 counts of Trafficking of persons to be punished by imprisonment in the Texas Department of Criminal Justice for 495 years and by fine of $50,000.

For the 164 counts of Theft to be punished to the Fine(s) and where applicable imprisonment(s) in the Texas Department of Criminal Justice for term(s) not to exceed applicable punishment. (ORDER SETTING HEARING ATTACHED).

Date: 4/16/2023
Name: JOHN GABRIEL RIOS
Sign: [signature]

Current address: John Gabriel Rios #10660
℅ Archer County Jail
PO Box 517
Archer City, TX 76351

Physical address: John Gabriel Rios #10660
Archer County Jail
100 law enforcement way
Archer city, TX 76351

[Page 15 of 15]



COPY

John Gabriel Rios

VS

Archer County Sheriff's Office

FILED FOR RECORD
AT 8:40 O'CLOCK __ AM

APR 19 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

LR

IN THE 97th DISTRICT COURT
OF
ARCHER COUNTY, TEXAS

# ORDER SETTING HEARING
### For the attached,
## "COMPLAINT"

WHEREAS, premise considers the attached motion same to provide the INSTANTER requisite. I John Gabriel Rios order court hearing as of the ready and movant this court to summon required witness JOHN GABRIEL RIOS #10660. With ARCHER COUNTY SHERIFF'S EMPLOYEE'S, INSTANTER. Transportation is required for JOHN GABRIEL RIOS #10660, with property.

WHEREAS, premise hearing the ORDER SETTING HEARING in this instant matter shall grant this order to protect the community of Archer county.

DATE: April 16 2023
NAME: John Gabriel Rios
SIGN: Rios

current mailing address:
John Gabriel Rios #10660
% Archer County Jail
P.O. Box 517
Archer City, TX 76351

Physical address:
John Gabriel Rios #10660
Archer county Jail
100 Law enforcement Way
Archer City, TX 76351

[Page 1 of 1]

CAUSE NO. 92023-1004 7A-CV

FILED FOR RECORD
AT 11:00 O'CLOCK A M
APR 28 2023
LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY TEXAS
LR

STATE OF TEXAS
VS.
TODD GREENWOOD

IN THE 97TH DISTRICT COURT
OF
ARCHER COUNTY, TEXAS

LORI RUTLEDGE, District Clerk,
I have a complaint that is in need of filing with the "order setting hearing" attached, both need cause numbers. Please and thank you.

AMANDA CUNNINGHAM, court coordinator,
Can you please schedual the complaint for hearing on the docket. Please and Thank you.

LORI RUTLEDGE, District Clerk,
Can you send John Gabriel Rios, Todd Greenwood, and the District attorney for the 97th District court a copy of the complaint. please and thank you.

Date: April 24, 2023
Name: John Gabriel Rios
Sign:

Todd Greenwood
Attorney at Law
900 Eight Street, STE 716
Wichita Falls, TX 76310

Mailing address: John Gabriel Rios #10660
% Archer County Jail
PO BOX 517
Archer City TX 76351

Physical Address:
Archer County Jail
100 Law enforce main way
Archer City, TX 76351

Amanda Cunningham
PO BOX 167
Montague, TX 76251

**COPY**

FILED FOR RECORD
AT ____ O'CLOCK ___ M

APR 28 2023

LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS

STATE OF TEXAS

VS.

TODD GREENWOOD
ATTORNEY AT LAW
900 eight street, STE 716
Wichita Falls, TX 76310

IN THE 97th DISTRICT COURT
ARCHER COUNTY, TEXAS

Texas Code Criminal Art. 15.04 COMPLAINT. "COMPLAINT"
Texas Penal Code $37.02 Perjury.
Texas Penal Code $37.03 Aggravated Perjury.
Texas Penal Code $36.05 Tampering with Witness.
Texas Penal Code $34.02 Money Laundering.
Texas Penal Code $32.48 Simulating Legal Process.
Texas Penal Code $32.43 Commercial Bribery.


Texas Penal Code $37.02 (a)(1).
A person commits an offense if. With intent to deceive and with
knowledge of the statement's meaning: he makes a false statement
under oath, or swears to the truth of a false statement previously
made and the statement is required or authorized by law to be
made under oath;. Texas Penal Code $37.03 (a)(1)(2)(b).
A person commits an offense if he commits perjury as defined in
Section 37.02, and the false statement: is made during or in
connection with an official proceeding; and is material. An offense
under this section is a felony of the third degree.
On April 3, 2023 in the 97th District Court in Archer county,
As, Judge Jack A. McGaughey did express the there option of

[Page 1 of 8]

court appointed counsel in cause numbers 2023-0026A-CV and 2023-0030A-CV. John Gabriel Rios expressed the option and declined the appointment of court appointed counsel. Jack A. McGaughey asked where John Gabriel Rios lives Not where he currently working by force. Again Jack A. McGaughey expressed the option of court appointed counsel as in A prior petition for A writ of HABEAS CORPUS cause number 2023-0020A-CV, and Todd Greenwood was in court for the 97th District court in Archer city Texas on March 6, 2023 with his own request as A Pro Bono representation. He expressed to me to "strike suit" and I expressed "conflict of interest" he did express one conversation to the Judge Jack A. McGaghey without John Gabriel Rios Present for the "conflict of interest" and "strike suit" or "strike suit" and "conflict of interest". I John Gabriel Rios did not ask for the appointment of counsel in cause numbers 2023-0026A-CV and 2023-0030A-CV, did not contact Todd Greenwood for those case matters on April 3, 2023 and have recieved Mail from Todd Greenwood with his intent of making statement(s) in connection with an official proceeding and will be material as soon as his mail is opened. Knowing John Gabriel Rios did not request Todd Greenwood and now having John Gabriel Rios held without A court date for Todd Greenwood delay.

Texas PENAL code §36.05 (a)(4)(b)(c)1)2)(d)(f)

A Person commits an offense if, with intent to influence the witness, offers, confers, or agrees to confer any benefit on a witness or spective witness in an official proceeding, or he coerces a ss or A Prospective witness in an official proceeding:

[Page 2 of 8]

to absent himself from an official proceeding to which he has been legally summoned; A witness or prospective witness in an official proceeding commits an offense if he knowingly solicits, accepts, or agrees to accept any benefit on the representation or understanding that he will do any of the things specified in subsection(a).

(d) An offense under this section is a felony of the third degree, except that if the official proceeding is part of the prosecution of a criminal case, an offense under this section is the same category of offense as the most serious offense charged in that criminal case.

(f) If conduct that constitutes an offense under this section also constitutes an offense under any other law, the actor may be prosecuted under this section, the other law, or both.

On April 3, 2023 in the 97th District court for Archer county for the Archer city texas, Judge Jack A. McGaughey ordered in cause number 2023-0026A-CV and 2023-0030A-CV to John Gabriel Rios understanding Todd Greenwood. Knowing Todd Greenwood was not present on that day and John Gabriel Rios would be forced to absent himself from an official proceeding on the "Notice of hearing" signed by ~~Judge Jack A.~~ Judge Jack A. McGaughey on March 28, 2023 (cause No. 2023-0030A-CV) and March 21, 2023 (cause no. 2023-0026A-CV) which John Gabriel Rios was legally summoned. knowing John Gabriel Rios did not agree to representation of Todd Greenwood on April 3, 2023 Now with Mail from Todd Greenwood delivered to John Gabriel Rios on Monday April 24, 2023. Postal stamp of 20 APR 2023 (Sent April 20, 2023) on address of 900 8th St. STE 716, Wichita Falls, Texas 76310. Todd -nwood did agree knowing the same to have been committed.

[ Page 3 of 8 ]

Texas penal code § 34.02 (a)(1)(3)(b)(d)(e)(f)(9)(h)

A person commits an offense if the person knowingly: acquires or maintains an interest in, conceals, possesses, transfers, or transports the proceeds of criminal activity; invests, extends, or recieves, or offers to invest, expend, or receive, the proceeds of criminal activity or funds that the person believes are the proceeds of criminal activity; For purposes of this section, a person is presumed to believe that funds are the proceeds of or are intended to further the commission of criminal activity if a peace officer or a person acting at the direction of a peace officer represents to the person that the funds are proceeds of or are intended to further the commission of criminal activity, as applicable, REGARDLESS of whether the peace officer or person acting at the peace officer's direction discloses the person's status as a peace officer or that the person is acting at the direction of a peace officer.

It is a defense to prosecution under this section that the transaction was necessary to preserve a person's right to representation as guaranteed by the sixth Amendment of the United States Constitution and by Article I, section 10, of the Texas Constitution or that the funds were received as bona fide legal fees by a licensed attorney and at the time of their receipt, the attorney did not have actual knowledge that the funds were derived from criminal activity.

An offense under this section is: A felony of the third degree if the value of the funds is $30,000 or more but less than $150,000;

For purpose of this section, if proceeds of criminal activity are related to one scheme or continuing course of conduct, whether from the same or several sources conduct may be considered as one offense and the value of proceeds aggated in determining the classification of the offense.

[Page 4 of 8]



For Purposes of this section, funds on deposit at a branch of a financial institution are considered the property of that branch and any other branch of the financial institution.

If conduct that constitutes an offense under this section also constitutes an offense under any other law, the actor may be prosecuted under this section, the other law, or both.

On April 3, 2023 Judge Jack A. M°Gaughey did appoint a court appointed counsel without the effective consent of John Gabriel Rios. Todd Greenwood did acquire information of the two case numbers (2023-0030A-cv), (2023-0026A-cv) knowing John Gabriel Rios to have the combined value of $110,000 from Archer county sheriff's office by force. Todd Greenwood did begin to ~~offerd~~ offer to invest in the proceeds of criminal activity ~~at the~~ at the direction of the Judge Jack A. M°Gaughey Not John Gabriel Rios on April 20, 2023 and recieved the offer in Archer county sheriff's office April 24, 2023 lunch meal time in cell 155.

Texas Penal code § 32.48 (a)(1)(2)(A)(B)(b)

A person commits an offense if the person recklessly causes to be delivered to another any document that stimulates a summons complaint, Judgment, or other court process with the intent to: induce payment of a claim from another person; or cause another to: submit to the ~~post~~ putative authority of the document; or take any action or refrain from taking any action in response to the document, in compliance with the document, or on the basis of the document

Proof that the document was mailed to any person with the intent

[Page 5 of 8]

that it be forwarded to the intended recipient is a sufficient showing that the document was delivered.

Todd Greenwood did in fact Mail ~~the~~ John Gabriel Rios something to induce payment for representation purposes for John Gabriel Rios that was not requested by John Gabriel Rios. He expects John Gabriel Rios to submit to his authority of his Mail Matter. He made John Gabriel Rios stop the studys to write this fucking complaint and now im going to take action because I did not agree to his representation on April 3, 2023 SO ORDERED by Judge Jack A. M°Goughey now using Todd Greenwood as John Gabriel Rios "Fiduciary".

Texas penal code $32.43 (a)(1)(2)A)B)C)D)(b)(c)(d)(e)
FOr the purposes of this section:
"Beneficiary" means a person for whom a fiduciary is acting.
"Fiduciary" means:
An agent or employee;
a trustee, guardian, custodian, administrator, executor, conservator, receiver, or similar fiduciary;
a lawyer, physician, accountant, appraiser, or other professional advisor;
or an officer, director, partner, manager, or other participant in the direction of the affairs of a corporation or association.
A person who is a fiduciary commits an offense if, without the consent of his beneficiary, he intentionally or knowingly solicits, accepts, or agrees to accept any benefit from another person on agreement or understanding that the benefit will influence the conduct of the fiduciary in relation to the affairs of his beneficiary.

( page 6 of 8 )

A person commits an offense if he offers, confers, or agrees to confer any benefit the acceptance of which is an offense under subsection (b).
An offense under this section is a State Jail Felony.
IN lieu of a fine that is authorized by subsection (d), and in addition to the imprisonment that is authorized by that subsection, if the court finds that an individual who is a fiduciary gained a benefit through the commission of an offense under subsection (b), the court may sentence the individual to pay a fine in an amount fixed by the court, NOT to exceed **DOUBLE** the VALUE of the benefit gained. This subsection does not affect the application of section 12.51(c) to an offense under this section committed by a corporation, an association, a limited liability company, or another business entity, as defined by section 7.21.

Todd Greenwood did agree with Judge Jack A. M'Gaughey to knowingly become A fiduciary of John Gabriel Rios knowing John Gabriel Rios to be the beneficiary in cause number(s) 2023-0026A-CV and 2023-0030A-CV. Todd Greenwood knowing well (as not to anger) another Athlete while trying his best efforts affecting interstate or foriegn commerce at the value of $110 000 regardless of unlawful. Todd Greenwood does understand value of suit to be $110 000 for each cause number and knowing John Gabriel Rios did not ~~be~~ ~~able to~~ hire for the representation on the two case matters but did in fact with Judge Jack A. McGaughey agree accept the position without the effective consent of John briel Rios the beneficiary. so he should pay John Gabriel

[page 7 of 8]



Rios by fine through crimes Victims in the amount
not to exceed double the value of John Gabriel Rios, as is
the benifit gathed in each cause number. $440 000, 23,
$110000 x 2 = $220000 plus or + $110000 x 2 = $440000 ← see 0.0.
(that looks like A higher education).

I am Not in agreement of Representatton by Todd Greenwood!
someone give him A copy. I need my money. I know if
you cant read then the Federal Government can read very
well (as in good).

well (as in not to anger). thats my "complaint."
John Gabriel Rios need the crime victims standard form.
John Gabriel Rios just snitched for A lumpsum and
I know everyone is going put it in the crimes
Victims for me if I win or make me pay it back and
$1500 right now before the disposition. Lets go to court.
I have more complaints coming in the near future. $, $ $ $ $ $.

DATE: April 24, 2023

Name: John Gabriel Rios

SIGN: [signature]

Mailing address:
    John Gabriel Rios # 10660
%  Archer county Jail
    PO BOX 57
    Archer city, TX 76351

Physical address:
    John Gabriel Rios # 10660
    Archer County Jail
    100 law enforcement way
    Archer city, TX 76351

Attached is
AFTER SETTING
HEARING

[Page 8 of 8]

COPY

Cause No. 2023-0047A-CV

STATE OF TEXAS

vs.

TODD GREEWOOD
ATTORNEY AT LAW
900 8th St, STE 716
Wichita Falls, TX 76310

IN THE 97th DISTRICT COURT
OF
ARCHER COUNTY, TEXAS

FILED FOR RECORD
AT 1:08 O'CLOCK A M
APR 28 2023
LORI RUTLEDGE, DISTRICT CLERK
ARCHER COUNTY, TEXAS
LR

## ORDER SETTING HEARING
### attached for
"COMPLAINT"

THEREFORE, after Review of the COMPLAINT ~~ISSUE~~ (6 pages) I am requesting the courts to Move for this complaint to be scheduled before stipulations of Malfeasance defined in: Texas code criminal 22.13 cause which will exonerate;

Don't let him get away I got him ~~st~~ flat footed.

Just summon me to court I got the evidence.

also found in Archer county sheriffs office cell 155 camera on April 24, 2023 at 6:51 PM - 6:52 PM of me with the evidence.

Date: April 24, 2023
Name: John Gabriel Rios
Sign:

Mailing address:
John Gabriel Rios #10660
% Archer County Jail
P. Box 517
Archer City, TX 76351

Physical address:
John Gabriel Rios #10660
Archer County Jail
to law enforcement way
Archer City, TX 76351

Page 1 of 1

# Jail Card

## Lynn County Sheriff's Office

**ARRESTEE DATA**

| | | |
|---|---|---|
| ☒ | | |

**Name**      **CCN**      **ATN**

RIOS JOHN GABRIEL      11061      153012337914

| Hair | Eyes | Height | Weight | Race | Sex | DOB | Ethnicity |
|---|---|---|---|---|---|---|---|
| BRO | BRO | 506 | 208 | U | M | 10/29/1991 | HISP |

**Housing Class (JPR)**      **Marital Status**

F      SIN

**Arrestee Address**

1409 CULPEPPER  WILSON TX 79381

**Aliases**

| Name | Sex | Race |
|---|---|---|
| RIOS JOHN GABRIEL | M | W |

**Identification Numbers**

| Type | Number | State |
|---|---|---|
| SSN | 634260480 | |
| DL | 47871330 | TX |
| SSN | 634260480 | |
| SSN | 634260480 | |
| DL# | 27290915 | TX |
| SO# | 11061 | |
| Book# | 4295 | |
| Book# | 3949 | |
| Book# | 326-11 | |
| Book# | 197-12 | |
| Book# | 341-18 | |
| SID | TX08370670 | |
| FBI# | 747007DD8 | |
| FPrintId | 11061$RT | |
| FPrintId | 11061$RI | |
| FPrintId | 11061$RM | |
| Other# | 4 | |
| DL | 27290915 | TX |
| SO# | ARR-143 | |
| SO# | ARR-1538 | |

No aliases found.

**Classifications**

| Date | Classification |
|---|---|
| 05/13/2023 | Med |

# Jail Card
## Lynn County Sheriff's Office

### Scars, Marks, and Tattoos

| Type | Location | Tattoo Type | Tattoo | ScarType | Remarks |
|------|----------|-------------|--------|----------|---------|
| C | | | | C | DRK |
| P | | | | P | MEDIUM |
| B | | | | B | CLEAN SHAVEN |
| P | | | | P | SLENDER |
| C | | | | C | WHI |
| H | | | | H | SHORT ABOVE EAR |
| B | | | | B | NA |
| P | | | | P | MEDIUM |
| C | | | | C | MED |
| C | | | | C | DRK |
| H | | | | H | CREW |
| B | | | | B | CLEAN SHAVEN |
| P | | | | P | SLENDER |
| C | | | | C | WHI |
| H | | | | H | SHORT ABOVE EAR |
| B | | | | B | NA |
| H | | | | H | CREW |

### Emergency Contacts / Next of Kin

| Name | Address | Phone | Relationship |
|------|---------|-------|--------------|
| GUZMAN, SUZANNE | WILSON TX | () | |
| GUZMAN, SUZANNIE | WILSON TX 79381 | () | |
| GUZMAN, SUZANNE | WILSON TX | () | |
| WISSLER, MARGARET | 1409 CULPEPPER | () | MOTHER |
| GUZMAN, SUSAN | 1409 CULPEPPER | () | GRANDPARENT |
| GUZMAN, SUSAN | 1409 CULPEPPER, WILSON, TX 79381 | () | GRANDPARENT |

### Detainers

| From Date | To Date | Agency Code | Comments | Agency ORI |
|-----------|---------|-------------|----------|------------|

### ARREST DATA

| Location of Arrest | Arrest Date & Time |
|--------------------|--------------------|
| TX | 05/12/2023 17:25 |

**Cross Street**

| Arresting Officer's Name | Officer's Employee # |
|--------------------------|----------------------|
| JAIL | |

**Printed by:** JHARRISON      Page 2 of 4

**Printed on:** 5/24/2023 3:19:03 PM

# Jail Card

## Lynn County Sheriff's Office

**Transporting Officer Name**                              **Trans. Officer's Emp #**

**Employment Information**

**Jail Card**

## Lynn County Sheriff's Office

**CHARGES**

| Statute Code | Charge | Type | Case # | Warrant # | Active |
|---|---|---|---|---|---|
| 35990247 | POSS CS PG 1/1-B<1G - GJI WARRANT #23-3695 - POSS CS PG 1/1-B<1G<br>Comments: WARRANT #23-3695 GJI | FS | | 23-3695 | Y |

**ARREST COMMENTS**

DETAINER (LUBBOCK CO.)

# Resident Transaction Details

Transactions From 5/12/2023 12:00 AM to 5/27/2023 11:59 PM

## 11061 : RIOS, JOHN G

185

Main Balance: $0.00

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---------|------|------|-------------|--------------|---------|--------|-----------------|
| 169338 | 5/12/2023 | Open | | | RESIDENT RE-OPEN | $0.00 | $0.00 |

# Reply to Inmate ~~Request~~ *Grievance*

Inmate: <u>John Rios</u>

Location: 185

Entry ID: ~~3823081~~ *639311*

Inmate ID: 11061

Inmate State ID:

Kiosk Name:

Subject: exhausted administrative remedies
for september 3, 2022- December
11, 2022 and February 4, 2022-
present

Kiosk ID: 0    *Cell 185*

Indigent: Yes

Assigned To: All

Date Added: May 22, 2023 - 7:52 pm CDT

Emergency:  ☐ This request is an emergency.

~~Request:~~ *Grievance*

notice of complaint john gabriel rios v. state of texas et al cause number 5-2022-cv-00266 filed in the united states district court nortern district of texas lubbock division., notice of complaint john gabriel rios v. lynn county sheriffs office cause number 5-2022-cv-00318 filed in the united states district court northern district of texas lubbock division.,notice of default after failure to respond to civil rights complaint within 10 days rendering in favor of the plaintiff john gabriel rios by default judgmenton a failure to respond., new amendable claims having to do with united states constitution bill of rights amendment(s) 1,2,4,5,6,8,9,10,11,13,14., and united states code title 18 crimes and criminal procedures chapter 79., 18u.s.c. section 2381 Treason., for the 106th district court presiding judge reed filley, defense attorney aurther aguilar jr., with joshua rocha sheriffs deputy for lynn county sheriffs office, wanda mason sheriff of lynn county sheriffs office and all assisting the society and or group. shall submit to the united states and their citizen their time, money, tangible/intangible property and in accordance to the united states their lives. failure to respond in 10days is presumption of a default to the plaintiff john gabriel rios and the united states. failure to comply is evidence of treason. john gabriel rios demands relief of his freedom and immediate release from false imprisonment retained by the actors involved. on this 22nd day of may 2023. sign JOHN GABRIEL RIOS #11061 address of 810 lockwood street Tahoka, TX 79373.

Status:

In Progress

## Message History

Date: 06/05/2023 3:33 pm CDT
User: Katrina White (kwhitelc)

Northern District didn't give you their findings?

Date: 06/05/2023 3:51 pm CDT
User: Inmate

print out of the grievance ID 343673 filed 04/22/2021 in lynn county sheriffs office, grievances ID 544834 filed 09/20/2022 in lynn county sheriffs office, grievance ID 639311 filed 05/22/2023 in lynn county sheriffs office is what i was requesting at this time. lynn county sheriffs office responce to grievance ID 63931 filed 05/22/2023 was a question not a answer on 06/05/2023. request for print out of the above matters are requested 06/05/2023.

Notes for Inmate:

Preset Responses

No preset responses found.

22.   Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?   (Yes)    No

If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

was A civil Rights complaint matter transfered from A Habeas corpus in the 5th circut

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?   Yes   No

23.   Are any of the grounds listed in question 20 above presented for the first time in this petition?   Yes   No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

I have expirenced corruption in the state of Texas Government and do only want the U.S. Government to see to these sensitive trying times.

24.   Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   Yes   No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. Kious v. state of Texas et al 5:23-cv-00266 ; K.05 v. Lynn County sheriffs office 5:23-cv-00318 ; state of Texas vs. Kious 2023-0020A-cv ; state of Texas vs. Kious 2023-0026A-cv ; state of Texas v. Kious 0:230A-cv; K.05 vs Archer county sheriffs office) 2023-0047A-cv
( state of Texas vs. Todd Greenwood 2023-0047A-cv )

25.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)   At preliminary hearing: _____

(b)   At arraignment and plea: _____

(c)   At trial: _____

(d)   At sentencing: _____

(e)   On appeal: _____

(f)   In any post-conviction proceeding: _____

-8-

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

June 8th 2023 _____ (month, day, year).

Executed (signed) on 6/8/2023 _____ (date).

                                    social security number
                                      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
_____
Signature of Petitioner (required)

Petitioner's current address: JOHN GABRIEL RIOS #11061
_____
810 Lock wood Street
Tahoka , Texas 79373

JOHN GABRIEL KIDS
V.
Lubbock county sheriffs office

5:2023-CV-00109

Grievance:
ID: 343673    6/22/2021    12:28 pm    20A.02 Trafficking of Person
                          12:28:26 pm
ID: 544834    9/20/2022    12:38 pm    lynn county sheriffs office employees
                          12:38:27 pm
ID: 639311    5/22/2023    7:52 pm    exhausted administrative remedies for
                          19:52:18pm    september 3, 2022 - December 11, 2022 and
                          February 4, 2022 - present


Called Lone Sure Bail Bonds    6/5/2023    around    2:30 - 2:56 pm
on faxe cases but
☓ Irwin & Lubbock

JOHN GABRIEL RIOS # 11,061
810 LOCKWOOD STREET
TAHOKA, TX 79373

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1205 TEXAS AVE., ROOM 209
LUBBOCK, TX 79401

PERSONAL
&
CONFIDENTIAL
LEGAL MAIL

47th Archer County  2023-0020A CV

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**UNITED STATES**
**POSTAL SERVICE ®**

**PRIORITY MAIL**



U.S. POSTAGE PAID
PM
LUBBOCK, TX
79412
JUN 13, 23
AMOUNT
**$17.15**
R2305K138828-7

79401

RDC 05

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions app
- USPS Tracking® service included for domestic and many intern
- Limited international insurance.**
- When used internationally, a customs declaration form is requir

*Insurance does not cover certain items. For details regarding claims exclu
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and li

RETURN RECEIPT
REQUESTED

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

EP14F July 2022
OD: 12 1/2 x 9 1/2

**TRACKED ■ INSURED**



PS00001000014

coverage

To sci

ckage Pickup,
code.



USPS.COM/PICKUP

FROM:

John G. Bass
M Culpepper Av
Nilson Tx 79381

CERTIFIED MAIL



RECEIVED
JUN 14 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RETURN RECEIPT
REQUESTED

TO:

United States District Court
Northern District of Texas
Clerk's Office
1205 Texas Ave Rm 209
Lbk, Tx 79401

**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY** ®
**MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.



**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE