UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOHN GABRIEL RIOS,

                         Petitioner,

v.                                     No. 5:23-CV-00126-H

LYNN COUNTY SHERIFF'S OFFICE,

                         Respondent.

## JUDGMENT

      For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice on exhaustion and abstention grounds.

      Dated January 30, 2024.

JAMES WESLEY HENDRIX
United States District Judge